IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALTO VENTURES, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>CONVERGYS CORP., FIVE9, INC.,<br>TELETECH HOLDINGS, INC.,<br>TRANSERA COMMUNICATIONS, INC.,<br>WEST CORP., and<br>WSOL, INC. (d/b/a Working Solutions, Inc.),<br><br>    Defendants. | CASE NO. 2:11-cv-01056-PMP-CWH<br><br>JURY TRIAL DEMANDED<br><br>**ORDER OF DISMISSAL WITHOUT**<br>**PREJUDICE AS TO DEFENDANT**<br>**CONVERGYS CORP.** |

BEFORE the Court is the Parties' Agreed Motion to Dismiss Without Prejudice Defendant CONVERGYS CORP. Finding that the Motion is well-taken and should be granted, it is, therefore,

ORDERED that Plaintiff's claims against Convergys Corp. be, and hereby are, dismissed without prejudice.

Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit; and

Each Party shall bear its own attorneys' fees and costs.

DATED: November _2, 2011.

*Philip M. Pro*
_____
UNITED STATES DISTRICT JUDGE

1