UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALTO VENTURES, INC.,                    )
                                        )        2:11-CV-01056-PMP-PMP-CWH
            Plaintiff,                  )
                                        )
vs.                                     )        **ORDER**
                                        )
CONVERGYS CORP.; FIVE9, INC.,           )
TELETECH HOLDINGS, INC.; WEST           )
CORPORATION; and WSOL, INC.,            )
d/b/a WORKING SOLUTIONS,                )
                                        )
            Defendants.                 )
_____)

Having read and considered Defendants' fully brief Joint Motion to Dismiss (Doc.'s #59, #64) filed August 30, 2011, and the arguments of counsel presented at the hearing conducted November 21, 2011, and for the reasons stated by the Court at the hearing,

**IT IS ORDERED that** Defendants' Joint Motion to Dismiss (Doc.'s #59, #64) is **DENIED**.

DATED:  November 21, 2011.

_____
PHILIP M. PRO
United States District Judge