UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALTO VENTURES, INC., | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01056-PMP-CWH |
| vs. | ) | **ORDER** |
| CONVERGYS CORP., *et al.*, | ) | |
| Defendants. | ) | |

    This matter is before the Court on the parties' Discovery Plan and [Proposed] Scheduling Order (#98), filed January 20, 2012. The proposed plan is not styled or captioned as a stipulation. Nevertheless, because the Local Rules require the discovery plan to be submitted as stipulation, the Court will construe it as such. *See* LR 26-1(d) ("Fourteen (14) day after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order.").

    Unfortunately, the filing is not signed by the parties or counsel. The Local Rules also require, subject to some exceptions not applicable here, that all stipulations "shall be in writing, signed by the parties or counsel for the parties to be bound ...." *See* LR 7-1(a). Additionally, the proposed plan includes several proposed deadlines that are not identified by a specific date. Counsel should ensure that <u>all</u> deadlines correspond with a calendar date. Accordingly,

    **IT IS HEREBY ORDERED** that the parties' Discovery Plan and [Proposed] Scheduling Order (#98) is **denied without prejudice**. The parties are instructed to resubmit a stipulation signed by all parties that includes corresponding calendar dates for <u>all</u> proposed deadlines.

    Dated this 26th day of January, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**