ARTHUR S. BEEMAN, ESQ. *(Pro Hac Vice)* (CA Bar No. 237996)
SARAH S. ESKANDARI, ESQ. *(Pro Hac Vice)* (CA Bar No. 271541)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: arthur.beeman@snrdenton.com
E-mail: sarah.eskandari@snrdenton.com

IMRAN A. KHALIQ, ESQ. (*Pro Hac Vice*) (CA Bar No. 232607)
imran.khaliq@snrdenton.com
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0329
Facsimile: (650) 798-0310
E-mail: imran.khaliq@snrdenton.com

JAMES E. WHITMIRE, III, ESQ.
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel:  (702) 948-8771
Fax:  (702) 948-8773
Email: jwhitmire@santoronevada.com

Counsel for Defendant
TRANSERA COMMUNICATIONS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALTO VENTURES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CONVERGYS CORP., FIVE9, INC., TELETECH HOLDINGS, INC., TRANSERA COMMUNICATIONS, INC. WEST CORP., and WSOL, INC. (d/b/a Working Solutions),<br><br>　　　　Defendants. | Case No. 2:11-cv-01056-PMP-CWH<br><br>**DEFENDANT TRANSERA COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO WSOL, INC.'S MOTION TO SUPPLEMENT PLEADINGS TO ADD CROSS-CLAIM FOR CONTRACTUAL INDEMNITY AGAINST TRANSERA COMMUNICATIONS, INC.** |

**DEFENDANT TRANSERA COMMUNICATIONS, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO WSOL, INC.'S MOTION TO SUPPLEMENT PLEADINGS TO ADD CROSS-CLAIM FOR CONTRACTUAL INDEMNITY AGAINST TRANSERA COMMUNICATIONS, INC.**

1

Pursuant to Local Rules 10-5 and 9018, Transera Communications, Inc. ("Transera") hereby files its motion to seal the following documents in support of its Opposition to WSOL's Motion to Supplement Pleadings To Add Cross-Claim For Contractual Indemnity Against Transera:

(1)  Transera's [Unredacted] Opposition Brief to WSOL's Motion to Supplement Pleadings To Add Cross-Claim For Contractual Indemnity Against Transera.

(2)  [Unredacted] Declaration of Imran A. Khaliq In Support of Transera's Opposition to WSOL's Motion to Supplement Pleadings To Add Cross-Claim For Contractual Indemnity Against Transera.

(3) Exhibit 1 to the Declaration of Imran A. Khaliq In Support of Transera's Opposition to WSOL's Motion to Supplement Pleadings To Add Cross-Claim For Contractual Indemnity Against Transera.

(4) Exhibit 5 to the Declaration of Imran A. Khaliq In Support of Transera's Opposition to WSOL's Motion to Supplement Pleadings To Add Cross-Claim For Contractual Indemnity Against Transera.

(5) Exhibit 6 to the Declaration of Imran A. Khaliq In Support of Transera's Opposition to WSOL's Motion to Supplement Pleadings To Add Cross-Claim For Contractual Indemnity Against Transera.

The aforementioned documents filed under seal contain reference to materials that the parties have designated "HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY" under the parties' Stipulated Protective Order in this case.  By filing this motion, Transera does not concede that the sealed portions are actually non-public confidential information.

**DEFENDANT TRANSERA COMMUNICATIONS, INC.'S** *EX PARTE* **MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO WSOL, INC.'S MOTION TO SUPPLEMENT PLEADINGS TO ADD CROSS-CLAIM FOR CONTRACTUAL INDEMNITY AGAINST TRANSERA COMMUNICATIONS, INC.**

| | |
|---|---|
| Dated:  June 18, 2012 | Respectfully submitted, |

                                                   */s/ James E. Whitmire, III*
ARTHUR S. BEEMAN, ESQ.
(*Pro Hac Vice*) (CA Bar No. 237996)
SARAH S. ESKANDARI, ESQ.
(*Pro Hac Vice*) (CA Bar No. 271541)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: arthur.beeman@snrdenton.com
E-mail: sarah.eskandari@snrdenton.com

IMRAN A. KHALIQ, ESQ.
(*Pro Hac Vice*) (CA Bar No. 232607)
imran.khaliq@snrdenton.com
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0329
Facsimile: (650) 798-0310
E-mail: imran.khaliq@snrdenton.com

JAMES E. WHITMIRE, III, ESQ.
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel:  (702) 948-8771
Fax:  (702) 948-8773
Email: jwhitmire@santoronevada.com

Counsel for Defendant Cross-defendant
TRANSERA COMMUNICATIONS, INC.

IT IS SO ORDERED.

Dated this 20th day of June, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

DEFENDANT TRANSERA COMMUNICATIONS, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO WSOL, INC.'S MOTION TO SUPPLEMENT PLEADINGS TO ADD CROSS-CLAIM FOR CONTRACTUAL INDEMNITY AGAINST TRANSERA COMMUNICATIONS, INC.