# Exhibit A

| Proposed Term for Construction | Plaintiff's Proposed Construction | Plaintiff's Cited Support | Defendants' Proposed Construction | Defendants' Cited Support |
|---|---|---|---|---|
| "separating the call into components of a signaling channel (16) and a bearer channel (18)" | "sending the signaling channel and bearer channel of the call to separate devices" | '092 Patent[1] at Abstract; col. 2:1–12, 2:62–67, 3:33–57, 4:14–49, 5:13–6:12; pseudocode module entitled IncomingCallBegin Notificaiton; Figs. 1–2.<br><br>'092 File History at Amendment dated December 18, 2007, pp. 8–9. | "the incoming gateway performing the act of splitting a call that contains the information about the call and the voice content of the call into two distinct components, one comprising the information about the call and one comprising the voice content of the call" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 1:65-2:12, 2:52-3:4, 3:33-42, 3:39-42, 3:62-4:25, 5:14-6:14, Pseudo-Code;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"B-channel", Webopedia (Feb. 4, 2005);<br><br>"D-channel", Webopedia (April 7, 2005);<br><br>"Signaling System 7 (SS7)", Online TeleCom Dictionary (http://telecomdictionary.com) (2003-2006). |
| "an apparatus configured to separate the call into components of a signaling channel and a bearer channel" | "an apparatus configured to send the signaling channel and bearer channel of the call to separate devices" | '092 Patent at Abstract; col. 2:1–12, 2:62–67, 3:33–57, 4:14–49, 5:13–6:12; pseudocode module entitled IncomingCallBegin Notificaiton; Figs. 1–2.<br><br>'092 File History at Amendment dated December 18, 2007, pp. 8–9. | "an incoming gateway, which performs the act of splitting a call that contains the information about the call and the voice content of the call into two distinct components, one comprising the information about the call and one comprising the voice content of the call" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 1:65-2:12, 2:52-3:4, 3:33-42, 3:39-42, 3:62-4:25, 5:14-6:14, Pseudo-Code;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. |

---

[1] U.S. Patent No. 7,418,092.

| | | | | |
|---|---|---|---|---|
| | | | | 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"B-channel", Webopedia (Feb. 4, 2005);<br><br>"D-channel", Webopedia (April 7, 2005);<br><br>"Signaling System 7 (SS7)", Online TeleCom Dictionary (http://telecomdictionary.com) (2003-2006). |
| "via a digital voice packet connection" | "via a digital connection capable of carrying voice information" | '092 Patent at col. 2:52–3:4, 4:9–13; Fig. 1. | "via digital voice pathways that move data in separate blocks based on the destination address in each block header" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 2:67-3:4, 3:20-25, 4:9-13, 4:50-55, Pseudo-Code;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"packet" / "packet switching", NEWTON'S TELECOM DICTIONARY 610-12 (20th ed. 2004); |

| | | | | |
|---|---|---|---|---|
| | | | | "circuit switching" / "packet switching", NEWTON'S TELECOM DICTIONARY 146-47, 510 (17th ed. 2001); |
| | | | | "packetized telecom", Grigonis, Richard, COMPUTER TELEPHONY ENCYCLOPEDIA 339-41 (2000); |
| | | | | "packet-switched", Waite, Andrew J., A PRACTICAL GUIDE TO CALL CENTER TECHNOLOGY 487 (2001); |
| | | | | "packet", Webopedia (June 13, 2004). |
| "contemporaneously signaling" | "signaling at a time when the call is also in existence" | '092 Patent at col. 4:56–60, 5:10–13; 6:3–6. | no construction necessary | Intrinsic Evidence:<br><br>'092 patent, 3:43-57, 4:26-49.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B. |
| "call routing system (400)" | "system that determines termination point and qualified agent and is separate from the incoming and outgoing gateways" | '092 Patent at Abstract; col. 3:43–57, 4:26–49; Fig. 1. | "a device or set of devices, physically remote from the incoming and outgoing gateways, that manage and control the routing of calls while the telecommunications carrier network continues to carry the voice content of the calls" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 1:65-2:12; 3:43-4:60, 3:62-4:13, 4:26-60, 4:61-5:14, Pseudo-Code;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B. |

| "call center being physically distributed" | no construction necessary | '092 Patent at col. 1:47–54, 2:52–55, 3:5–33, 3:43–49, 4:38–41; Fig. 1. | "the gateways, call routing system, and agents being in physically remote locations, where the call routing system manages and controls the routing of calls while the telecommunications carrier network continues to carry the voice content of the calls" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 1:41-4:60, 5:14-6:14, Pseudo-Code;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"Plain Old Telephone Service (POTS)", Online TeleCom Dictionary (http://telecomdictionary.com) (2003-2006);<br><br>"Public Switched Telephone Network (PSTN)", Online TeleCom Dictionary (http://telecomdictionary.com) (2003-2006). |
| "termination point" / "termination point (500 or 600)" | no construction necessary | '092 Patent at col. 3:62–4:13, 4:42–60; Fig. 1. | "a terminal device associated with a specific human operator agent that receives incoming calls" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 3:5-32, 3:62-4:13, 4:41-60, 5:14-6:14;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, |

| | | | | |
|---|---|---|---|---|
| | | | | 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"Plain Old Telephone Service (POTS)", Online TeleCom Dictionary (http://telecomdictionary.com) (2003- 2006). |
| "incoming gateway" / "incoming gateway (301)" / "incoming gateway apparatus (301)" | no construction necessary | '092 Patent at Abstract; col. 2:28–33, 2:52–3:8, 3:62–4:13; Fig. 1. | "a device operated by the telecommunications carrier that receives calls and splits the calls into two distinct components, one comprising the information about the call and one comprising the voice content of the call" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 1:65-2:12, 2:52-3:4, 3:33-42, 3:62-4:25, Pseudo-Code;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"gateway", Webopedia (June 23, 2003). |
| "outgoing gateway" / "outgoing gateway (308)" | no construction necessary | '092 Patent at Abstract; col. 2:28–33, 2:52–3:8, 3:62–4:13; Fig. 1. | "a device operated by the telecommunications carrier that terminates calls to termination points" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 1:65-2:12, 2:67-3:20, 3:62-4:60, Pseudo-Code;<br><br>Remarks, Dec. 18, 2007;<br><br>Non-Final Rejection, Sept. 24, 2007; |

| | | | | |
|---|---|---|---|---|
| | | | | Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final Office Action, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"gateway", Webopedia (June 23, 2003). |
| "an apparatus (302) to connect an outgoing gateway (308) to the incoming gateway (301)" | no construction necessary | '092 Patent at 2:52–3:10, 4:9–12; Fig. 1. | "a digital Voice-over-IP pathway, typically signaled using SIP or other protocols, which connects calls from incoming gateway 301 to element 303" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 2:52-3:4, 4:9-14;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007;<br><br>Final Rejection, March 21, 2008;<br><br>Amendment After Final, April 21, 2008.<br><br>Extrinsic Evidence:<br><br>Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B;<br><br>"gateway", Webopedia (June 23, 2003). |
| "agent screen visual display (502 or 602)" | "a display device that may be utilized by a call-taking agent to view data sent from the agent interface server" | '092 Patent at 3:10–20; pseudocode module entitled SendDataTo AgentsComputer; Fig. 1. | "a data terminal that may be utilized by a call-taking agent to view data sent from the agent interface server" | Intrinsic Evidence:<br><br>'092 patent, Figs. 1, 2, 3:5-57, 3:62-4:55, 4:56-60;<br><br>Non-Final Rejection, Sept. 24, 2007;<br><br>Amendment, Remarks/Arguments, Dec. 18, 2007; |

| | | | | Final Rejection, March 21, 2008; |
| --- | --- | --- | --- | --- |
| | | | | Amendment After Final Office Action, April 21, 2008. |
| | | | | Extrinsic Evidence: |
| | | | | Declaration of Lori Bocklund Regarding Claim Construction for U.S. Patent No. 7,418,092, filed herewith as Exhibit B. |