# Exhibit C

# File History Report

☒  Paper number **File Wrapper Jacket  7,418,092**  is missing from the United States Patent Trademark Office's copy of the file History. No additional information is available.

☐  The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐  The following checked item(s) below of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐  **PTO 1449**
☐  **PTO 892**
☐  **PTO 948**
☐  **PTO 1474**
☐  **Assignment**
☐  **Cover page**

**Additional comments:_____**

# 7,418,092

## VIRTUAL CALL CENTER

## Transaction History

| Date | Transaction Description |
|---|---|
| 3/8/2004 | Drawing Preliminary Amendment |
| 3/8/2004 | PGPubs nonPub Request |
| 3/8/2004 | Initial Exam Team nn |
| 3/25/2004 | IFW Scan & PACR Auto Security Review |
| 4/6/2004 | Cleared by OIPE CSR |
| 9/23/2004 | Notice of Incomplete Application - Filing Date Not Assigned |
| 10/4/2004 | Additional Application Filing Fees |
| 10/4/2004 | Petition Entered |
| 12/2/2004 | Mail-Record Petition Decision of Granted Related to Filing Date |
| 12/30/2004 | Application Return from OIPE |
| 12/30/2004 | Application Is Now Complete |
| 12/30/2004 | Pre-Exam Office Action Withdrawn |
| 12/30/2004 | Application Return TO OIPE |
| 12/30/2004 | Application Return from OIPE |
| 12/30/2004 | Application Return TO OIPE |
| 12/30/2004 | Application Dispatched from OIPE |
| 12/30/2004 | Application Is Now Complete |
| 3/4/2005 | Rescind Nonpublication Request for Pre Grant Publication |
| 5/31/2005 | IFW TSS Processing by Tech Center Complete |
| 5/31/2005 | Case Docketed to Examiner in GAU |
| 3/21/2006 | Case Docketed to Examiner in GAU |
| 4/4/2006 | Case Docketed to Examiner in GAU |
| 9/13/2006 | Case Docketed to Examiner in GAU |
| 9/17/2007 | Non-Final Rejection |
| 9/24/2007 | Mail Non-Final Rejection |
| 12/18/2007 | New or Additional Drawing Filed |
| 12/18/2007 | Response after Non-Final Action |
| 1/10/2008 | Date Forwarded to Examiner |
| 3/17/2008 | Final Rejection |

| | |
|---|---|
| 3/21/2008 | Mail Final Rejection (PTOL - 326) |
| 4/21/2008 | Amendment after Final Rejection |
| 4/22/2008 | Date Forwarded to Examiner |
| 5/20/2008 | Notice of Allowance Data Verification Completed |
| 5/21/2008 | Document Verification |
| 5/22/2008 | Mail Notice of Allowance |
| 6/6/2008 | Issue Fee Payment Verified |
| 6/6/2008 | Issue Fee Payment Received |
| 6/10/2008 | Pubs Case Remand to TC |
| 6/10/2008 | Application Is Considered Ready for Issue |
| 6/26/2008 | Miscellaneous Incoming Letter |
| 7/18/2008 | TC Return to Pubs |
| 7/25/2008 | Dispatch to FDC |
| 7/25/2008 | Dispatch to FDC |
| 8/6/2008 | Issue Notification Mailed |
| 8/26/2008 | Recordation of Patent Grant Mailed |
| 8/26/2008 | Patent Issue Date Used in PTA Calculation |

### *Search Notes*

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 10/796,423 | BROWN, WENDELL D. |
| **Examiner** | **Art Unit** | |
| William J. Deane | 2614 | |

#### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 379 | 265.01 | 168/07 | wf |
| | 265.14 | | |
| | 266.01 | | |
| | 266.1 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

#### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 20070916

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10796423 | BROWN, WENDELL D. |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | Examiner | Art Unit |
| | William J Deane | 2614 |

| **SEARCHED** | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | Updated the prior search | 17Mar2008 | WJD |

| **SEARCH NOTES** | | |
|---|---|---|
| Search Notes | Date | Examiner |
| | | |

| **INTERFERENCE SEARCH** | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

| **Search Notes** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 10796423 | BROWN, WENDELL  D. |
| | **Examiner** | **Art Unit** |
| | William  J Deane | 2614 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | Updated the prior search | 17Mar2008 | WJD |
| | Updated the prior search | 19May2008 | WJD |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| USPGPUB interference search | 19May2008 | WJD |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 379 | 265.01 | 19May2008 | WJD |
| 379 | 265.02 | 19May2008 | WJD |

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| (barcode) | 10/796,423 | BROWN, WENDELL  D. |
| | **Examiner** | **Art Unit** |
| | William J. Deane | 2614 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Final** | **Original** | | | | | | | | | |
| | 1 | √ | | | | | | | | |
| | 2 | √ | | | | | | | | |
| | 3 | √ | | | | | | | | |
| | 4 | √ | | | | | | | | |
| | 5 | √ | | | | | | | | |
| | 6 | √ | | | | | | | | |
| | 7 | √ | | | | | | | | |
| | 8 | √ | | | | | | | | |
| | 9 | √ | | | | | | | | |
| | 10 | √ | | | | | | | | |
| | 11 | √ | | | | | | | | |
| | 12 | √ | | | | | | | | |
| | 13 | √ | | | | | | | | |
| | 14 | √ | | | | | | | | |
| | 15 | √ | | | | | | | | |
| | 16 | √ | | | | | | | | |
| | 17 | √ | | | | | | | | |
| | 18 | √ | | | | | | | | |
| | 19 | √ | | | | | | | | |
| | 20 | √ | | | | | | | | |
| | 21 | | | | | | | | | |
| | 22 | | | | | | | | | |
| | 23 | | | | | | | | | |
| | 24 | | | | | | | | | |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| | 28 | | | | | | | | | |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |
| | 31 | | | | | | | | | |
| | 32 | | | | | | | | | |
| | 33 | | | | | | | | | |
| | 34 | | | | | | | | | |
| | 35 | | | | | | | | | |
| | 36 | | | | | | | | | |
| | 37 | | | | | | | | | |
| | 38 | | | | | | | | | |
| | 39 | | | | | | | | | |
| | 40 | | | | | | | | | |
| | 41 | | | | | | | | | |
| | 42 | | | | | | | | | |
| | 43 | | | | | | | | | |
| | 44 | | | | | | | | | |
| | 45 | | | | | | | | | |
| | 46 | | | | | | | | | |
| | 47 | | | | | | | | | |
| | 48 | | | | | | | | | |
| | 49 | | | | | | | | | |
| | 50 | | | | | | | | | |

| Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Final** | **Original** | | | | | | | | | |
| | 51 | | | | | | | | | |
| | 52 | | | | | | | | | |
| | 53 | | | | | | | | | |
| | 54 | | | | | | | | | |
| | 55 | | | | | | | | | |
| | 56 | | | | | | | | | |
| | 57 | | | | | | | | | |
| | 58 | | | | | | | | | |
| | 59 | | | | | | | | | |
| | 60 | | | | | | | | | |
| | 61 | | | | | | | | | |
| | 62 | | | | | | | | | |
| | 63 | | | | | | | | | |
| | 64 | | | | | | | | | |
| | 65 | | | | | | | | | |
| | 66 | | | | | | | | | |
| | 67 | | | | | | | | | |
| | 68 | | | | | | | | | |
| | 69 | | | | | | | | | |
| | 70 | | | | | | | | | |
| | 71 | | | | | | | | | |
| | 72 | | | | | | | | | |
| | 73 | | | | | | | | | |
| | 74 | | | | | | | | | |
| | 75 | | | | | | | | | |
| | 76 | | | | | | | | | |
| | 77 | | | | | | | | | |
| | 78 | | | | | | | | | |
| | 79 | | | | | | | | | |
| | 80 | | | | | | | | | |
| | 81 | | | | | | | | | |
| | 82 | | | | | | | | | |
| | 83 | | | | | | | | | |
| | 84 | | | | | | | | | |
| | 85 | | | | | | | | | |
| | 86 | | | | | | | | | |
| | 87 | | | | | | | | | |
| | 88 | | | | | | | | | |
| | 89 | | | | | | | | | |
| | 90 | | | | | | | | | |
| | 91 | | | | | | | | | |
| | 92 | | | | | | | | | |
| | 93 | | | | | | | | | |
| | 94 | | | | | | | | | |
| | 95 | | | | | | | | | |
| | 96 | | | | | | | | | |
| | 97 | | | | | | | | | |
| | 98 | | | | | | | | | |
| | 99 | | | | | | | | | |
| | 100 | | | | | | | | | |

| Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Final** | **Original** | | | | | | | | | |
| | 101 | | | | | | | | | |
| | 102 | | | | | | | | | |
| | 103 | | | | | | | | | |
| | 104 | | | | | | | | | |
| | 105 | | | | | | | | | |
| | 106 | | | | | | | | | |
| | 107 | | | | | | | | | |
| | 108 | | | | | | | | | |
| | 109 | | | | | | | | | |
| | 110 | | | | | | | | | |
| | 111 | | | | | | | | | |
| | 112 | | | | | | | | | |
| | 113 | | | | | | | | | |
| | 114 | | | | | | | | | |
| | 115 | | | | | | | | | |
| | 116 | | | | | | | | | |
| | 117 | | | | | | | | | |
| | 118 | | | | | | | | | |
| | 119 | | | | | | | | | |
| | 120 | | | | | | | | | |
| | 121 | | | | | | | | | |
| | 122 | | | | | | | | | |
| | 123 | | | | | | | | | |
| | 124 | | | | | | | | | |
| | 125 | | | | | | | | | |
| | 126 | | | | | | | | | |
| | 127 | | | | | | | | | |
| | 128 | | | | | | | | | |
| | 129 | | | | | | | | | |
| | 130 | | | | | | | | | |
| | 131 | | | | | | | | | |
| | 132 | | | | | | | | | |
| | 133 | | | | | | | | | |
| | 134 | | | | | | | | | |
| | 135 | | | | | | | | | |
| | 136 | | | | | | | | | |
| | 137 | | | | | | | | | |
| | 138 | | | | | | | | | |
| | 139 | | | | | | | | | |
| | 140 | | | | | | | | | |
| | 141 | | | | | | | | | |
| | 142 | | | | | | | | | |
| | 143 | | | | | | | | | |
| | 144 | | | | | | | | | |
| | 145 | | | | | | | | | |
| | 146 | | | | | | | | | |
| | 147 | | | | | | | | | |
| | 148 | | | | | | | | | |
| | 149 | | | | | | | | | |
| | 150 | | | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.  20070916

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Index of Claims** | 10796423 | BROWN, WENDELL D. |
| | **Examiner** | **Art Unit** |
| | William J Deane | 2614 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/17/2008 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | ✓ | | | | | | | |
| | 17 | ✓ | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| | 20 | ✓ | | | | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10796423 | BROWN, WENDELL D. |
| | Examiner | Art Unit |
| | William J Deane | 2614 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 | | | |
|---|---|---|---|---|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/17/2008 | 05/19/2008 | | | | | | |
| 1 | 1 | ✓ | = | | | | | | |
| 2 | 2 | ✓ | = | | | | | | |
| 3 | 3 | ✓ | = | | | | | | |
| 4 | 4 | ✓ | = | | | | | | |
| 5 | 5 | ✓ | = | | | | | | |
| 6 | 6 | ✓ | = | | | | | | |
| | 7 | ✓ | - | | | | | | |
| 7 | 8 | ✓ | = | | | | | | |
| 8 | 9 | ✓ | = | | | | | | |
| 9 | 10 | ✓ | = | | | | | | |
| 10 | 11 | ✓ | = | | | | | | |
| 11 | 12 | ✓ | = | | | | | | |
| 12 | 13 | ✓ | = | | | | | | |
| 13 | 14 | ✓ | = | | | | | | |
| 14 | 15 | ✓ | = | | | | | | |
| 15 | 16 | ✓ | = | | | | | | |
| 16 | 17 | ✓ | = | | | | | | |
| 17 | 18 | ✓ | = | | | | | | |
| 18 | 19 | ✓ | = | | | | | | |
| 19 | 20 | ✓ | = | | | | | | |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10796423 | BROWN, WENDELL D. |
| | **Examiner** | **Art Unit** |
| | William J Deane | 2614 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | | **NON-CLAIMED** | |
| 379 | 265.02 | H | 0 | 4 | M | 3 / 00 (2006.01 01) | | | |

| CROSS REFERENCE(S) | |
|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** |
| 379 | 265.01 |

| NONE | | **Total Claims Allowed:** |
|---|---|---|
| (Assistant Examiner)        (Date) | | 19 |
| /William J Deane/ | 19Mar2008 | O.G. Print Claim(s): 1 — O.G. Print Figure: 1 |
| (Primary Examiner) | (Date) | |

U.S. Patent and Trademark Office

Part of Paper No. 20080519

US007418092B2

(12) **United States Patent**
Brown

(10) **Patent No.:** **US 7,418,092 B2**
(45) **Date of Patent:** **Aug. 26, 2008**

(54) **VIRTUAL CALL CENTER**

(75) Inventor: **Wendell D. Brown**, Las Vegas, NV (US)

(73) Assignee: **Alto Ventures, Inc.**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 807 days.

(21) Appl. No.: **10/796,423**

(22) Filed: **Mar. 8, 2004**

(65) **Prior Publication Data**
US 2005/0195962 A1    Sep. 8, 2005

(51) **Int. Cl.**
*H04M 3/00* (2006.01)

(52) **U.S. Cl.** .............................. 379/265.02; 379/265.01

(58) **Field of Classification Search** .................................
379/265.01–265.14, 266.01–266.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,079,020 A | * | 6/2000 | Liu | ................................ 726/15 |
| 6,810,034 B1 | * | 10/2004 | Brand | ........................ 370/352 |
| 7,062,032 B1 | * | 6/2006 | Bloom et al. | .......... 379/265.04 |
| 7,072,657 B2 | * | 7/2006 | Watanabe et al. | ............ 455/439 |
| 2001/0040887 A1 | * | 11/2001 | Shtivelman et al. | ......... 370/352 |
| 2003/0002479 A1 | * | 1/2003 | Vortman et al. | ............ 370/352 |
| 2004/0141508 A1 | * | 7/2004 | Schoeneberger et al. | .... 370/401 |
| 2006/0165066 A1 | * | 7/2006 | Campbell et al. | ........... 370/352 |

* cited by examiner

*Primary Examiner*—William J Deane
(74) *Attorney, Agent, or Firm*—Townsend and Townsend and Crew LLP; Kenneth R. Allen

(57) **ABSTRACT**

A system and methods are provided for enabling real-time call control, with minimal requirements for dedicated telecommunications PBX and dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

**19 Claims, 2 Drawing Sheets**





FIG. 1

**U.S. Patent**        Aug. 26, 2008        Sheet 2 of 2        US 7,418,092 B2



FIG. 2

US 7,418,092 B2

1

## VIRTUAL CALL CENTER

### BACKGROUND OF THE INVENTION

This invention relates to the fields of computer and communications. More particularly, the invention relates to the dynamic routing and control of a voice telephone call in real-time.

In a company call center setting, a PBX or other switching equipment is deployed to redirect incoming customer calls to the next available customer service agent to handle the incoming customer call. This in-house PBX or switch equipment is often coupled to dedicated incoming phone lines which serve only that particular company.

In addition to routing an incoming call, an associated "screen-pop" is often presented on an agent's display in parallel with the incoming phone call. This "screen-pop" typically provides the phone agent with information associated with the customer.

Outsourced call centers provide a more generalized solution whereby a telecommunications infrastructure is shared among many customers. Outsourced call centers are typically serviced by many incoming phone line trunks which accept incoming phone calls for any of its customers. Agents may be dedicated to accept phone calls only for certain customers, but often agents are trained to accept incoming phone calls for a list of companies An automated call distribution (ACD) technique for this scenario is typically deployed by the call center's telecommunications equipment to automatically distribute the incoming calls to the appropriate agent.

Known outsourced call centers have several limitations and economic challenges. First, dedicated equipment can handle only a certain peak number of phone calls. Although the average utilization rate of the equipment and phone lines is typically much lower than the peak capacity, the call center must still pay for enough equipment capacity to handle peak demands. The difference between the average utilization rate and the peak demand levels can be very large, thus creating an economically inefficient use of the expensive dedicated equipment infrastructure.

Second, as a call center grows, it continually needs to expand its telecommunications infrastructure and the number of phone lines needed to handle the additional call load. The capital outlay for fixed telecommunications equipment is often expensive, and the optimal growth of the telecommunications infrastructure equipment can be difficult to predict.

Third, if outsourced call centers use external agents physically outside of the company's premises, such as work-at-home phone agents or offshore phone agents, then the PBX or switched telecommunications solution is inherently inefficient: typically two legs (two circuits) of phone lines are required, the first being an incoming circuit used to deliver the incoming call to the PBX, the second being an outgoing circuit placed to connect from the PBX to the external agent. Thus two circuits are activated and required for each such call.

What is needed is a solution that would improve efficiency and utilization rate of port use, provide higher available port capacity, use port capacity more flexibly (to reduce the need to accurately predict port needs), and provide an improved method of call routing for off-premises agents.

### SUMMARY OF THE INVENTION

According to the invention, a system and methods are provided for enabling real-time call control with minimal requirements for dedicated telecommunications PBX and

2

dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

The invention will be better understood by reference to the following detailed description in connection with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram depicting a real-time call control system in accordance with an embodiment of the present invention.

FIG. 2 is a flow chart of operations according to the invention.

### DESCRIPTION OF SPECIFIC EMBODIMENTS OF THE INVENTION

The program environment in which an embodiment of the invention is executed illustratively incorporates a general-purpose computer or a special purpose device such as a telephone gateway. Details of such devices (e.g., processor, memory, data storage, display) are well known and are omitted for the sake of brevity.

The techniques of the present invention may be implemented using a variety of technologies. For example, the methods described herein may be implemented in software executing on a computer system or implemented in hardware utilizing either a combination of microprocessors or other specially designed application specific integrated circuits (ASICs), programmable logic devices (PLDs), gate arrays or various combinations thereof. In particular, the methods described herein may be implemented by a sequence of computer-executable instructions transported by or residing on a medium, such as a carrier wave, disk drive, or computer-readable medium. Exemplary forms of carrier waves may take the form of electrical, electromagnetic or optical signals conveying digital data streams along a local network or a publicly accessible network such as the Internet.

In one embodiment of the invention, a system and methods are provided for enabling an outside party to real-time control of a telephone call which is carried by a network carrier.

FIG. 1 illustrates one embodiment of the invention, which is built around a call control system 10 operative as a call center that is physically decentralized among control elements and agents. In FIG. 1, element 101 is a telephone from which an initial outgoing call is placed through the public switched telephone system (PSTN) 12, and element 102 is another example telephone that is connected through a voice over IP (VOIP) system 14. Element 201 is a Local Exchange Carrier (LEC) switch which receives the call from phone 101 and/or phone 102 and routes it to a Carrier Network System 300. Element 301 is within the Carrier Network System 300, and element 301 is an incoming gateway which receives calls from LEC switch 201, typically transported in SS7 or other signaling environments and separates the call into its signaling channel (control) component 16 and its bearing (voice) channel component 18. Element 302 is within the Carrier

US 7,418,092 B2

3

Network System 300, and element 302 represents a digital Voice-over-IP pathway, typically signaled using SIP or other protocols, which connects calls from incoming gateway 301 to element 303, as herein explained.

Element 303 is within the Carrier Network System 300, representing an outgoing gateway which terminates calls received over pathway 302, and terminating calls via pathway 304 to element 501. Element 304 is a pathway, usually carried using SS7 or other standard signaling environments, which terminates a call into call recipient 501. System 500 includes of a human operator agent who is associated with a terminal element that receives incoming phone calls via pathway 304 into agent phone 501, and who interacts with a simultaneously synchronized data terminal 502. Real-time information such as callerID, agent scripts that are associated with that incoming phone number at 201, and other agent-specific information and/or call-specific information, are displayed in real-time to or far from the other shown systems. System 500 could be physically close to or far from the other shown systems. System 500 is preferably replicated for each individual agent.

System 600 is an alternative to System 500. There are combinations of both System 500 and System 600 in a typical total environment. System 600 includes a human operator agent who receives incoming phone calls at 601 via internet VoIP cloud 120 and via digital (internet) pathway 121. The agent in system 600 interacts with a simultaneously synchronized data terminal 602. Real-time information such as callerID, agent scripts that are associated with that incoming phone number at 201, and other agent-specific information, are displayed in real-time to the agent. System 600 could be physically close to or far from the other shown Systems. System 600 is preferably replicated for each individual agent.

Pathway 110 represents a signaling-only pathway (no voice channels) which signals to element 403 whenever a call is received into element 301. Element 110 is carried over the internet via an encrypted virtual private network (VPN) tunnel. Element 107 represents a public or private internet channel.

Path 111 represents a signaling-only pathway (no voice channels) which signals through Proxy Server 304 to Outgoing Gateway 303 of where and how to terminate the call initially signaled via 110.

A call routing system 400 is a system which manages and controls the routing of voice calls in the virtual call center. Routing system 400 could physically be remote or in close proximity to system 300, system 500, or system 600. System 400 includes various sub-units which could reside on multiple or single computers/servers. Subsystem 401 is a database accessible to all subsystems within routing system 400. Call routing logic 402 contains the business logic and call routing algorithms that control the calls notified via the notification path 110. Server 403 is a network control interface which interfaces call routing system 400 to a carrier network 300. Agent interface server 404 is a web server which interfaces, via internet cloud 405, to multiple agent systems 500 and/or multiple agent systems 600. Pathway 122 represents a public or private internet channel or so-called internet cloud.

Call recording system 700 records phone calls, on a streaming basis, on to hard drive or other storage devices. Pathway 112 controls system 700 for each individual call, or within sub-segments of each individual call.

The operation of the invention associated with the foregoing virtual call center is outlined in FIG. 2. In a call control system operative as a call center, the method for controlling routing of a random incoming telephone call involves receiving the incoming call at an incoming gateway 301 (Step A), then causing signaling from the incoming gateway 301 to the

4

call routing system 400 that an incoming call has been received by the incoming gateway 301 (Step B). Then the call routing logic 402 determines from incoming call information and information about availability of a qualified agent at a termination point 501 the specific termination point to which said telephone call should be delivered (Step C). Then the network interface 403 signals with specific control signals to the outgoing gateway 303 coupled to the selected termination point 501 (Step D). The outgoing gateway 303 is caused to connect to the incoming gateway 301 via a digital voice packet connection 302 (Step E), and the call from the outgoing gateway 303 is directed to the selected termination point 501 (Step F).

In a particular embodiment, a call is placed by a calling customer to a Company A. However, where Company A has assigned its phone number to be answered by an outsourced call center, the call center handles the call. Not only may the call center handle Company A's phone number, but also Company B, and Company C, etc. The calling customer is identified (e.g., by the original called number and/or caller ID fields), and the call is first received by the local exchange carrier's (LEC) switch 201. The call is then handed off from the LEC system 200 to the network carrier system 300 which has been previously assigned to carry Company A's phone calls.

The network carrier 300 then sends a Call Notification Signal, in real-time, to the outside party call routing system 400 to the effect that an incoming phone call for Company A has been received. Information such as who the caller is (ANI/CallerID) is also transmitted to the outside party routing system 400. The outside party routing system 400, which could be in Company A itself, or in an outsourced call center, or at another third party, then determines how to best complete the call. This determination can be based on a plurality of inputs, including which agents are available at that time to handle the incoming call, which agent is best suited to handle the call, which agent has historically been the most successful at handling similar calls, etc. The outside party routing system 400 could choose to have its computer server equipment physically located within the physical premises of the network carrier 300 for simplicity and lower cost.

A call routing signal is then sent from the outside party routing system 400 back to the network carrier to instruct the network carrier how and where to direct, i.e., "terminate" the call to. The designated termination point could be within the company itself, an offsite agent, or an offshore agent. Alternatively, the incoming phone call could also be routed first to an automated touch-tone or voice response system for further processing before being then handed off to a human agent.

Upon receipt of the Call Routing Signal, the network carrier 300 then completes the call by directing it to the termination point 501, 601 (i.e., a specific agent) as specified by the outside party. This terminating leg could be completed to agents in a variety of forms, including as an analog call (POTS) or via Voice-Over-IP call carriage over digital lines.

Contemporaneously, as the network carrier 300 completes the call to the specified termination point 501, 601, the outside party routing system 400 typically sends a data/text signal to the agent's computer terminal 502, 602 regarding the incoming call.

The algorithm for the routing logic 402 takes into account the various factors to determine the most appropriate agent to whom to direct the call in real time. Information related to the incoming call may include caller geography (inferred from callerID area code), prior communications from the same callerID or caller profile information, language required, the target phone number dialed by the caller, or transaction num-

US 7,418,092 B2

5

ber. Information about the agent is also considered. Agent qualifications, availability in real time, language ability, agent's historical experience or success rate, agent's account ownership, labor cost of agent, telecommunication routing cost, telecommunication signal quality and mode (such as bandwidth, line quality, or video quality), gender where appropriate to the product or service, and even time of day. The algorithm constructs a matrix of factors between the caller and the agents to determine by weighting of the factors which is the agent best suited to handle the call. The weighting is first by required factors, followed by optional factors, with contemporaneous factors being weighted to identify the more suitable among available and initially qualified agents.

There are various applications and further expansions of the present invention. The invention permits external call control of a network's call flow. The invention may be used to

6

manage incoming calls for a plurality of companies into a network carrier while the routing and termination of those calls are controlled by an outside party. Simultaneous screen pops (data) may be sent to the agent while the network carrier completes the voice call to the same agent (when in combination with various above features). The invention can be adapted to split the call's voice channel from its signaling path a) when the network carrier continues to carry the voice path or b) when an outside party provides signaling to the network of how to continue routing and/or termination of the call. The invention can also be used with a real-time recording function which can record a call in real-time (when in combination with various above).

The following is a source listing in pseudo-code form of components of the method according to the invention.

```
//--------------------------------------------------------------
//  Module:  IncomingCallBeginNotification
//  This module is invoked by the Carrier Network whenever an incoming call arrives
into the Incoming Gateway (301)
//    Input Variables:
//     String: CallerID - telephone number which caller is calling from
//     String: CalledNumber - telephone number called by the user
//     String: IncomingGatewayID - identifies which incoming gateway received the call
//     String: CircuitID - incoming gateway's incoming call identification number
//    Output Variables:
//     String: Result (true if call was completed or false if call completion failed)
//    Tasks performed:
           Call ActivityLogger ("ReceivedIncomingCall", CallerID, CalledNumber,
IncomingGatewayID, CircuitID, timenow( ) );
           // Determine which company has been called based on the phone number the user
dialed
           CompanyBeingCalled = LookUpInDataBase ("Use Table: Phonenumber-CompanyID",
CalledNumber)
           // Determine which Agent should be assigned this incoming call
           AgentAssignedForThisCall = DetermineWhichAgentShouldReceiveThisCall
(CompanyBeingCalled, CallerID, IncomingGatewayID, timenow( ) );
           // Set in the Database which that this Agent is now busy
           WriteToDataBase ("Use Table: AgentID-Availability", AgentAssignedForThisCall,
"Agent is busy")
           // Determine what termination point (POTS or VOIP) the call should be directed
to for the assigned agent
           TerminationPoint = Call GetAgentsCurrentPhoneOrVoipTerminationPoint
(AgentAssignedForThisCall);
           // Set in the Database which Agent was assigned for this call. The specific
call is identified by the CircuitID
           WriteToDataBase ("Use Table: CircuitID-AgentID-TerminationPoint", CircuitID,
AgentAssignedForThisCall, TerminationPoint)
           // Depending upon method of termination, complete the call to the termination
point
           If (TerminationPoint.POTS == TRUE) then Call SendSignalToOutgoingGateway
(IncomingGatewayID, CircuitID, TerminationPoint.TerminationPhoneNumber, "Complete call
CircuitID from IncomingGateway to TerminationPoint")
           If (TerminationPoint.VOIP == TRUE) then Call
SendSignalToAgentsVOIPConverter601 (TerminationPoint.IPAddress, IncomingGatewayID,
CircuitID, "Connect call CircuitID from IncomingGateway")
           // Determine what information should be displayed on the Agent's computer
screen, send that data to the Agent's screen
           DataToDisplayOnAgentsScreenForThisCall = LookUpInDataBase ("Use Table:
CompanyID-ScreenData", CompanyBeingCalled)
           SendDataToAgentsComputer (AgentAssignedForThisCall, CallerID +
DataToDisplayOnAgentsScreenForThisCall)
           // Begin the call recording for certain clients
           If (CompanyBeingCalled.RecordThenCalls == True) then CallRecording
(IncomingGatewayID, CircuitID, "Start Recording")
           // At this point the call has been connected to the appropriate Agent, screen
data sent to Agent, and Recording begins.
           Return (true);   // True because call was successfully routed
//--------------------------------------------------------------
//  Module:  IncomingCallEndNotification
//  This module is invoked by the Carrier Network whenever an incoming call was ended
(hung up) by either party
//    Input Variables:
//     String: CallerID - telephone number which caller is calling from
```

US 7,418,092 B2

7

8

-continued

```
//      String: CalledNumber - telephone number called by the user
//      String: IncomingGatewayID - identifies which incoming gateway received the call
//      String: CircuitID - incoming gateway's incoming call identification number
//   Output variables:
//      String: Result (true if call was completed or false if call completion failed)
//   Tasks Performed:
//          Call ActivityLogger ("EndIncomingCall", CallerID, CalledNumber,
IncomingGatewayID, CircuitID, timenow( ) );
//          // Read from DataBase which agent took this call - which agent was previously
assigned for this incoming call
//          AgentAssignedForThisCall, TerminationPoint = LookUpInDataBase ("Use Table:
CircuitID-AgentID-TerminationPoint", CircuitID)
//          // Depending upon method of termination, end the call to the termination point
//          If (TerminationPoint.POTS == TRUE) then Call SendSignalToOutgoingGateway
(IncomingGatewayID, CircuitID, TerminationPoint.TerminationPhoneNumber, "End call
CircuitID from IncomingGateway to TerminationPoint")
//          If (TerminationPoint.VOIP == TRUE) then Call
SendSignalToAgentsVOIPConverter601 (TerminationPoint.IPAddress, IncomingGatewayID,
CircuitID, "End call CircuitID from IncomingGateway")
//          // Determine what information should be displayed on the Agent's computer
screen, send that data to the Agent's screen
//          DataToDisplayOnAgentsScreenForThisCall = "Dear Agent: This call has now
ended.")
//          SendDataToAgentsComputer (AgentAssignedForThisCall, CallerID +
DataToDisplayOnAgentsScreenForThisCall)
//          // Set in the Database which that this Agent is available again
//          WriteToDataBase ("Use Table: AgentID-Availability", AgentAssignedForThisCall,
"Agent is available")
//          // End the call recording for certain clients
//          If (CompanyBeingCalled.RecordTheirCalls == True) then CallRecording
(IncomingGatewayID, CircuitID, "End Recording")
//          // At this point the call has been disconnected from the Agent, screen data
sent to Agent, and Recording ended.
//          Return (true);    // True because call was successfully routed
//-----------------------------------------------------------------
//   Module:   AgentCheckedIn
//   Input Variables:
//      String: AgentID - Agent's identification number
//   Output variables:
//      None
//   Tasks Performed:
//      This module is called when the Agent logs into website to inform system that
Agent is now available to receive calls
//          // Set in the Database which that this Agent is available again
//          WriteToDataBase ("Use Table: AgentID-Availability", AgentID, "Agent is
available")
//          ActivityLogger ("Agent is available", AgentID, timenow( ) );
//          Return( );
//-----------------------------------------------------------------
//   Module:   AgentCheckedOut
//   Input Variables:
//      String: AgentID - Agent's identification number
//   Output variables:
//      None
//   Tasks Performed:
//      This module is called when the Agent logs into website to inform system that
Agent is not available to receive calls
//          // Set in the Database which that this Agent is available again
//          WriteToDataBase ("Use Table: AgentID-Availability", AgentID, "Agent is not
available")
//          ActivityLogger ("Agent is not available", AgentID, timenow( ) );
//          Return( );
//-----------------------------------------------------------------
//   Module:   DetermineWhichAgentShouldReceiveThisCall
//   Input Variables:
//      String: CompanyBeingCalled - identifies which company/client/phone number this
call is for
//      String: CallerID - telephone number which caller is calling from
//      String: IncomingGatewayID - identifies which incoming gateway received the call
//      String: timenow - current time/date
//   Output variables:
//      String: AgentID - Selected Agent's identification number
//   Tasks Performed:
//      Determine: 1) Which Agents are qualified to receive this call then 2) which
Agent is best suited to receive this call
//          // First create a list of 1 or more Agents who are Qualified to handle this
call
//          ListOfQualifiedAgents = null;
//          While Loop {    (ThisAgent = Loop through list of all Agents)
```

US 7,418,092 B2

9                                                                    10

-continued

```
          If ( ThisAgent.Available == IsAvailableNow) and    //is this Agent
currently available?
          If ( ThisAgent.TrainingCredentials == CompanyBeingCalled) and // does this
agent have the correct training to handle calls for this company?
                   If (ThisAgent.LanguageAbilities == CompanyBeingCalled.Language) and
//can this Agent speak the necessary language?
                   If (additional criteria necessary for an agent to handle a call for
CompanyBeingCalled)
                   Then ListOfQualifiedAgents += ThisAgent     //add this Agent onto the
list of Qualified agents
          } end while;
          // Second now determine which of the Qualified agents is the best suited for
this particular call!
          While Loop { (ThisAgent = Loop through ListOfQualifiedAgents)
                   MatrixTotalWeight = 0;       //start out with zero
                   // Load various matrix weighting criteria - for this CompanyBeingCalled
(and/or for this phone number called)
                   MatrixWeighting = LookUpInDataBase ("Use Table: MatrixWeights-CompanyID",
CompanyBeingCalled)
                   // Evaluate a matrix of various factors, based on both caller
information and agent information.
                   // Each element of matrix is considered, then assigned a weighted
number of points depending
                   //    upon importance of that element for that company (or for this phone
number).
                   // Some weights are dependent upon the CompanyBeingCalled, other weights are
independent of CompanyBeingCalled
                   If (ThisAgent.QualityRating == A) MatrixTotalWeight +=
MatrixWeighting.A;   // Add points according to quality rating
                   If (ThisAgent.QualityRating == B) MatrixTotalWeight +=
MatrixWeighting.B;   // Add points according to quality rating If
(ThisAgent.QualityRating == C) MatrixTotalWeight += MatrixWeighting.C;   // Add points
according to quality rating
                   If (ThisAgent.LaborCost is between [$0.00 and $0.50] )
MatrixTotalWeight += 5;   // Add points for low-cost rate
                   If (ThisAgent.LaborCost is between [$0.50 and $1.00] )
MatrixTotalWeight += 2;   // Add points for low-cost rate
                   If (ThisAgent.TelecomCost < $.05) MatrixTotalWeight += 2;
// Add points for low-cost rate
                   If (ThisAgent.HistoricalSuccess[CompanyBeingCalled] )
MatrixTotalWeight += 10,   // Add points prior success rate
                   If (ThisAgent.PreviousCalls[CallerID]) MatrixTotalWeight += 10;    //Add
points if this Agent knows this Customer
                   If (ThisAgent.LanguageAccent == IncomingGatewayID.LanguageAccent)
NumberPointsForThisAgent += 1;   //Add points if this Agent's language dialect is
similar to the local language dialect of where this call was received at
                   If (ThisAgent.LineQuality > 80% ) MatrixTotalWeight += 5;    // Add
points for high quality voice connection
                   // Other criteria here to select best suited agent
                   ListOfQualifiedAgents.TotalWeight= MatrixTotalWeight;    // Assign this
Agent the total computed weighted Matrix value
          . } end while;
          // Select one agent, among all of the Qualified agents, with the highest total
matrix weight
          AgentID = ListOfQualifiedAgents { select which Agent has the highest
ListOfQualifiedAgents.TotalWeight}
                   Return( );
//------------------------------------------------------------------------------
//   Module:  SendSignalToOutgoingGateway
//     Input Variables:
//      String: IncomingGatewayID - identifies which incoming gateway has received call
//      String: CircuitID - identifies specifically which call
//      String: TerminationPoint - identifies where to terminate call to (POTS phone
number or VOIP)
//      String: Action - specifies action
//   Output variables:
//      None
//   Tasks Performed:
//      Instruct Outgoing Gateway where to terminate call to
                   // Instruct outgoing gateway to take action "Action" for call "CircuitID" at
                   //   incoming gateway "IncomingGatewayID" to termination point
"TerminationPoint"
                   // e.g. Dial outbound call to "TerminationPoint", then connect that outbound
call to IP stream at IncomingGatewayID.CircuitID
                   Return( );
//------------------------------------------------------------------------------
//   Module:  SendSignalToAgentsVOIPConverter601
//     Input Variables:
//      String: IncomingGatewayID - identifies which incoming gateway has received call
```

US 7,418,092 B2

11                                                          12

-continued

```
//    String: CircuitID - identifies specifically which call
//    String: TerminationPoint - identifies where to terminate call to (POTS phone
number or VOIP)
//    String: Action - specifies action
//    Output variables:
//       None
//    Tasks Performed:
//    Instruct Agents VOIP converter 601 where to connect call to
//       // Instruct Agents VOIP converter 601 to take action "Action" for call
"CircuitID" at
//       //    incoming gateway "IncomingGatewayID"
//       // e.g  Connect Agent's phone to IP stream at IncomingGatewayID CircuitID
        Return( );
//------------------------------------------------------------------------------
//    Module:  GetAgentsCurrentPhoneOrVoipTerminationPoint
//    Input Variables:
//    String: AgentID - identifies Agent
//    Output variables:
//    String: TerminationPoint - Termination point (VOIP or POTS) where agent is
available at now
//    Tasks Performed:
//    Looks into database to determine which termination point (VOIP or POTS) where
agent is available at now
//       // This database table is set by the Agent's preferences
        TerminationPoint = LookUpInDataBase ("Use Table: AgentID-TerminationPoint",
TerminationPoint)
        Return( )
//------------------------------------------------------------------------------
//    Module:  SendDataToAgentsComputer
//    Input Variables:
//    String: AgentID - identifies which agent to send the data to
//    String: DataToDisplayOnAgentsScreen - specific data to display to Agent
//    Output variables:
//       None
//    Tasks Performed:
//    Send Data to Agents screen (screen pop)
//       // Transmit DataToDisplayOnAgentsScreen via Agent Interface 404 to Agent's
computer 502/602
        Return( );
//------------------------------------------------------------------------------
//    Module:  CallRecording
//    Input Variables:
//    String: IncomingGatewayID - identifies which incoming gateway has received call
//    String: CircuitID - identifies specifically which call
//    String: Action - to either begin or end recording
//    Output variables:
//       None
//    Tasks Performed:
//    Control digital recording of call for Digital Voice Storage 701
//       // Send commands signals via 112 to Digital Voice Storage 701
//       // Information IncomingGatewayID and CircuitID provides specific information
//       //    as where to obtain incoming streaming data from to record.
        Return( );
//------------------------------------------------------------------------------
//    Module:  LookUpInDataBase
//    Input Variables:
//    String: Database - identifies which database to look for index in
//    String: Index - Search database for this index string
//    Output variables:
//    String: Resulting output from Database for that Index input.
//    Tasks Performed:
//    Return result output from Database for that Index input.
//       // Database code here
        Return( );
//------------------------------------------------------------------------------
//    Module:  WriteToDataBase
//    Input Variables:
//    String: Database - identifies which database to write to
//    String: Index - index string
//    String: Data - data to be written into the Database for that Index
//    Output variables:
//       None
//    Tasks Performed:
//    Write the Data into the Database.
//       // Database code here
        Return( );
//------------------------------------------------------------------------------
//    Module:  ActivityLogger
//    Input Variables:
```

US 7,418,092 B2

13    14

-continued

```
//    String: String 1 - First text string to enter into log
//    String: String 2 - Second text string to enter into log
//    String: String 3 - Third text string to enter into log
//    String: String 4 - Fourth text string to enter into log
//    String: String 5 - Fifth text string to enter into log
//    String: String 6 - Sixth text string to enter into log
//    Output variables:
//        None
//    Tasks Performed:
//        Enter all of the incoming string variables into a system activity log for
debugging purposes.
//---------------------------------------------------------------
//    Module:  timenow( )
//    Input Variables:
//        None
//    Output variables:
//        Returns the current time now as a text string
//    Tasks Performed:
//        Sets the returning string with the current system time
```

20

The foregoing descriptions of embodiments of the invention have been presented for purposes of illustration and description only. They are not intended to be exhaustive or to limit the invention to the forms disclosed. Many modifications and variations will be apparent to practitioners skilled in the art. Accordingly, the above disclosure is not intended to limit the invention; the scope of the invention is defined by the appended claims.

What is claimed is:

1. In a call control system operative as a call center, said call center being physically distributed, a method for controlling routing of a telephone call comprising:

receiving a call at an incoming gateway (301) of the call control system (10);

separating the call into components of a signaling channel (16) and a bearer channel (18);

signaling from the incoming gateway to a call control system that said call has been received by the incoming gateway;

determining via a call routing system (400) the termination point to which said telephone call should be delivered from incoming call information of the signaling channel (16) and from information and availability of a qualified agent at a termination point (500 or 600) to establish a selected termination point;

signaling with control signals from said call control system to an outgoing gateway coupled to said selected termination point;

causing said an outgoing gateway (308) to connect to the incoming gateway (301) via a digital voice packet connection to carry content of said bearer channel (18); and

directing content of said bearer channel (18) of said call from the outgoing gateway (308) to said selected termination point (500 or 600).

2. The method according to claim 1 wherein said receiving step includes receiving the call from a publicly-switched telephone network into the incoming gateway, said incoming gateway converting said incoming phone call into digital voice packets.

3. The method according to claim 1 wherein said receiving step includes receiving the call in voice-over-IP format.

4. The method according to claim 1 wherein said directing step includes connecting the call via voice-over-IP means to a digital voice termination point.

5. The method according to claim 1 wherein said termination is via voice-over-IP.

6. The method according to claim 1 wherein said directing step comprises connecting the call via the publicly-switched telephone network.

7. The method according to claim 1 wherein said call control system is external and isolated from said incoming gateway and from said outgoing gateway, said call control system being routing system is connected via a virtual private network.

8. The method according to claim 1 wherein said termination point is partially dependent upon a phone number to which said call is originally directed.

9. The method according to claim 1 wherein said termination point is partially dependent upon a phone number as originally called from.

10. The method according to claim 8 wherein said termination point is partially dependent upon a toll-free phone number to which said call is originally directed.

11. The method according to claim 1 wherein said incoming gateway is also incorporated into said outgoing gateway.

12. The method according to claim 1 wherein said outgoing gateway is operative to forward digital voice packets from the incoming gateway without conversion.

13. The method according to claim 1 further including recording digital packet data from the incoming gateway in a digital storage unit.

14. The method according to claim 1 further including the step of dynamically redirecting the call from the termination point to a further termination point.

15. The method according to claim 1 further including signaling from the call control system to a visual display at the terminal point to convey related call-specific information to the agent at the termination point.

16. A call control system comprising:

an incoming gateway apparatus (301) operative to receive a call from the call control system (10);

an apparatus (301) configured to separate the call into components of a signaling channel (16) and a bearer channel (18);

an apparatus (402) configured to determine via a call routing system (400) the termination point to which said call should be delivered from incoming call information of the signaling channel (16) and from information and availability of a qualified agent at a termination point (500 or 600) to establish a selected termination point (500 or 600);

US 7,418,092 B2

15

16

an apparatus (**302**) to connect an outgoing gateway (**308**) to the incoming gateway (**301**) via a digital voice packet connection to carry content of said bearer channel (**18**);

an apparatus (**403**) for directing content of said bearer channel (**18**) of said call from the outgoing gateway (**308**) to said selected termination point (**500** or **600**);

an apparatus (**405**) for contemporaneously signaling from a the call control system to an agent screen visual display (**502** or **602**) at the termination point (**500** or **600**) to provide call-specific information regarding the call; and

an agent interface server (**404**) operative to provide call-specific information to the agent screen (**502**, **602**) at the termination point (**500** or **600**).

**17.** The apparatus according to claim **16** wherein said agent interface server (**404**) is an instant messaging type server.

**18.** The apparatus according to claim **16** wherein said agent interface server (**404**) is web type server which can interact with a window on a client terminal at the termination point (**500**, **600**).

**19.** The apparatus according to claim **16** wherein said agent interface server (**404**) is a proprietary messaging type server.

*  *  *  *  *

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/12/2004 JBALINAN 00000028 201430    10796423

01 FC:2001        385.00 DA

PTO-1556
(5/87)

'U.S. Government Printing Office: 2001 — 481-697/59173

Page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

**CONFIRMATION NO. 1877**

Bib Data Sheet

| SERIAL NUMBER 10/796,423 | FILING OR 371(c) DATE 03/08/2004 RULE | CLASS 379 | GROUP ART UNIT 2614 | ATTORNEY DOCKET NO. 022195-000100US |
|---|---|---|---|---|

**APPLICANTS**
   Wendell D. Brown, Las Vegas, NV;

** CONTINUING DATA *************************** *none w/s* *nonw/s*

** FOREIGN APPLICATIONS ********************* •••••••••••••

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 12/30/2004

| Foreign Priority claimed ☐ yes ☑ no 35 USC 119 (a-d) conditions ☐ yes ☐ no ☐ Met after met Allowance Verified and Acknowledged _____ Examiner's Signature    Initials | STATE OR COUNTRY NV | SHEETS DRAWING 2 | TOTAL CLAIMS 20 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

**ADDRESS**
20350

**TITLE**
Virtual call center

| FILING FEE RECEIVED 385 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

Attorney Docket No.: 022195-1.00US

# NONPROVISIONAL

# PATENT APPLICATION

# VIRTUAL CALL CENTER

Inventor:    Wendell D. Brown, a citizen of The United States, residing at
4132 S. Rainbow Blvd., #494
Las Vegas, NV  89103

Assignee:    None

Entity:      Independent Inventor

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111-3834
Tel: 650-326-2400

PATENT

Attorney Docket No.: 022195-1.00US

# VIRTUAL CALL CENTER

## ABSTRACT OF THE DISCLOSURE

A system and methods are provided for enabling real-time call control with minimal requirements for dedicated telecommunications PBX and dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

60144206 v1KRA Fig 1

16

PATENT

Attorney Docket No.: 022195-1.00US

# VIRTUAL CALL CENTER

## BACKGROUND OF THE INVENTION

[0001]    This invention relates to the fields of computer and communications.  More particularly, the invention relates to the dynamic routing and control of a voice telephone call in real-time.

[0002]    In a company call center setting, a PBX or other switching equipment is deployed to redirect incoming customer calls to the next available customer service agent to handle the incoming customer call.  This in-house PBX or switch equipment is often coupled to dedicated incoming phone lines which serve only that particular company.

[0003]    In addition to routing an incoming call, an associated "screen-pop" is often presented on an agent's display in parallel with the incoming phone call.  This "screen-pop" typically provides the phone agent with information associated with the customer.

[0004]    Outsourced call centers provide a more generalized solution whereby a telecommunications infrastructure is shared among many customers.  Outsourced call centers are typically serviced by many incoming phone line trunks which accept incoming phone calls for any of its customers.  Agents may be dedicated to accept phone calls only for certain customers, but often agents are trained to accept incoming phone calls for a list of companies  An automated call distribution (ACD) technique for this scenario is typically deployed by the call center's telecommunications equipment to automatically distribute the incoming calls to the appropriate agent.

[0005]    Known outsourced call centers have several limitations and economic challenges.  First, dedicated equipment can handle only a certain peak number of phone calls.  Although the average utilization rate of the equipment and phone lines is typically much lower than the peak capacity, the call center must still pay for enough equipment capacity to handle peak demands.  The difference between the average utilization rate and the peak demand levels can be very large, thus creating an economically inefficient use of the expensive dedicated equipment infrastructure.

[0006]    Second, as a call center grows, it continually needs to expand its telecommunications infrastructure and the number of phone lines needed to handle the

additional call load. The capital outlay for fixed telecommunications equipment is often expensive, and the optimal growth of the telecommunications infrastructure equipment can be difficult to predict.

[0007]    Third, if outsourced call centers use external agents physically outside of the company's premises, such as work-at-home phone agents or offshore phone agents, then the PBX or switched telecommunications solution is inherently inefficient: typically two legs (two circuits) of phone lines are required, the first being an incoming circuit used to deliver the incoming call to the PBX, the second being an outgoing circuit placed to connect from the PBX to the external agent. Thus two circuits are activated and required for each such call.

[0008]    What is needed is a solution that would improve efficiency and utilization rate of port use, provide higher available port capacity, use port capacity more flexibly (to reduce the need to accurately predict port needs), and provide an improved method of call routing for off-premises agents.

## SUMMARY OF THE INVENTION

[0009]    According to the invention, a system and methods are provided for enabling real-time call control with minimal requirements for dedicated telecommunications PBX and dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

[0010]    The invention will be better understood by reference to the following detailed description in connection with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0011]    Fig. 1 is a block diagram depicting a real-time call control system in accordance with an embodiment of the present invention.

[0012]    Fig. 2 is a flow chart of operations according to the invention.

2

DESCRIPTION OF SPECIFIC EMBODIMENTS OF THE INVENTION

[0013]    The program environment in which an embodiment of the invention is executed illustratively incorporates a general-purpose computer or a special purpose device such as a
5    telephone gateway.  Details of such devices (e.g., processor, memory, data storage, display) are well known and are omitted for the sake of brevity.

[0014]    The techniques of the present invention may be implemented using a variety of technologies.  For example, the methods described herein may be implemented in software executing on a computer system or implemented in hardware utilizing either a combination of
10    microprocessors or other specially designed application specific integrated circuits (ASICs), programmable logic devices (PLDs), gate arrays or various combinations thereof.  In particular, the methods described herein may be implemented by a sequence of computer-executable instructions transported by or residing on a medium, such as a carrier wave, disk drive, or computer-readable medium.  Exemplary forms of carrier waves may take the form
15    of electrical, electromagnetic or optical signals conveying digital data streams along a local network or a publicly accessible network such as the Internet.

[0015]    In one embodiment of the invention, a system and methods are provided for enabling an outside party to real-time control of a telephone call which is carried by a network carrier.

20    [0016]    Figure 1 illustrate one embodiment of the invention.  In Figure 1, element 101 is a telephone from which a initial outgoing call is placed, element102 is another example telephone.  Element 201 is a Local Exchange Carrier (LEC) switch which receives the call from phone 101 and/or phone 102.  Element 301 is within the Carrier Network System 300, and element 301 is an incoming gateway which receives calls from LEC switch 201, typically
25    transported in SS7 or other signaling environments. Element 302 is within the Carrier Network System 300, and element 302 represents a digital Voice-over-IP pathway, typically signaled using SIP or other protocols, which connects calls from incoming gateway 301 to element 303.

[0017]    Element 303 is within the Carrier Network System 300, representing an outgoing
30    gateway which terminates calls received over pathway 302, and terminating calls via pathway 304 to element 501. Element 304 is a pathway, usually carried using SS7 or other standard signaling environments, which terminates a call into call recipient 501. System 500 includes

3

of a human operator agent who is associated with a terminal element that receives incoming phone calls via pathway 304 into agent phone 501, and who interacts with a simultaneously synchronized data terminal 502. Real-time information such as callerID, agent scripts that are associated with that incoming phone number at 201, and other agent-specific information

5    and/or call-specific information, are displayed in real-time to the agent. System 500 could be physically close to or far from the other shown systems. System 500 is preferably replicated for each individual agent.

[0018]    System 600 is an alternative to System 500. There are combinations of both System 500 and System 600 in a typical total environment. System 600 includes a human operator

10    agent who receives incoming phone calls at 601 via internet VoIP cloud 120 and via digital (internet) pathway 121. The agent in system 600 interacts with a simultaneously synchronized data terminal 602. Real-time information such as callerID, agent scripts that are associated with that incoming phone number at 201, and other agent-specific information, are displayed in real-time to the agent. System 600 could be physically close to or far from

15    the other shown Systems. System 600 is preferably replicated for each individual agent.

[0019]    Pathway 110 represents a signaling-only pathway (no voice channels) which signals to element 403 whenever a call is received into element 301. Element 110 is carried over the internet via an encrypted virtual private network (VPN) tunnel. Element 107 represents a public or private internet channel.

20    [0020]    Path 111 represents a signaling-only pathway (no voice channels) which signals through Proxy Server 304 to Outgoing Gateway 303 of where and how to terminate the call initially signaled via 110.

[0021]    A call routing system 400 is a system which manages and controls the routing of voice calls in the virtual call center. Routing system 400 could physically be remote or in

25    close proximity to system 300, system 500, or system 600. System 400 includes various sub-units which could reside on multiple or single computers/servers. Subsystem 401 is a database accessible to all subsystems within routing system 400. Call routing logic 402 contains the business logic and call routing algorithms that control the calls notified via the notification path 110. Server 403 is a network control interface which interfaces call routing

30    system 400 to a carrier network 300. Agent interface server 404 is a web server which interfaces, via internet cloud 405, to multiple agent systems 500 and/or multiple agent

4

systems 600. Pathway 122 represents a public or private internet channel or so-called internet cloud.

[0022]    Call recording system 700 records phone calls, on a streaming basis, on to hard disk or other storage devices. Pathway 112 controls system 700 for each individual call, or within sub-segments or each individual call.

[0023]    The operation of the invention associated with the foregoing virtual call center is outlined in Figure 2. In a call control system operative as a call center, the method for controlling routing of a random incoming telephone call involves receiving the incoming call at an incoming gateway 301 (Step A), then causing signaling from the incoming gateway 301 to the call routing system 400 that an incoming call has been received by the incoming gateway 301 (Step B). Then the call routing logic 402 determines from incoming call information and information about availability of a qualified agent at a termination point 501 the specific termination point to which said telephone call should be delivered (Step C). Then the network interface 403 signals with specific control signals to the outgoing gateway 303 coupled to the selected termination point 501 (Step D). The outgoing gateway 303 is caused to connect to the incoming gateway 301 via a digital voice packet connection 302 (Step E), and the call from the outgoing gateway 303 is directed to the selected termination point 501 (Step F).

[0024]    In a particular embodiment, a call is placed by a calling customer to a Company A. However, where Company A has assigned its phone number to be answered by an outsourced call center, the call center handles the call. Not only may the call center handle Company A's phone number, but also Company B, and Company C, etc. The calling customer is identified (e.g., by the original called number and/or caller ID fields), and the call is first received by the local exchange carrier's (LEC) switch 201. The call is then handed off from the LEC system 200 to the network carrier system 300 which has been previously assigned to carry Company A's phone calls.

[0025]    The network carrier 300 then sends a Call Notification Signal, in real-time, to the outside party call routing system 400 to the effect that an incoming phone call for Company A has been received. Information such as who the caller is (ANI/CallerID) is also transmitted to the outside party routing system 400. The outside party routing system 400, which could be in Company A itself, or in an outsourced call center, or at another third party, then determines how to best complete the call. This determination can be based on a plurality of

5

inputs, including which agents are available at that time to handle the incoming call, which agent is best suited to handle the call, which agent has historically been the most successful at handling similar calls, etc. The outside party routing system 400 could choose to have its computer server equipment physically located within the physical premises of the network carrier 300 for simplicity and lower cost.

[0026]    A call routing signal is then sent from the outside party routing system 400 back to the network carrier to instruct the network carrier how and where to direct, i.e., "terminate" the call to. The designated termination point could be within the company itself, an offsite agent, or an offshore agent. Alternatively, the incoming phone call could also be routed first to an automated touch-tone or voice response system for further processing before being then handed off to a human agent.

[0027]    Upon receipt of the Call Routing Signal, the network carrier 300 then completes the call by directing it to the termination point 501, 601 (i.e., a specific agent) as specified by the outside party. This terminating leg could be completed to agents in a variety of forms, including as an analog call (POTS) or via Voice-Over-IP call carriage over digital lines.

[0028]    Contemporaneously, as the network carrier 300 completes the call to the specified termination point 501, 601, the outside party routing system 400 typically sends a data/text signal to the agent's computer terminal 502, 602 regarding the incoming call.

[0029]    The algorithm for the routing logic 402 takes into account the various factors to determine the most appropriate agent to whom to direct the call in real time. Information related to the incoming call include caller geography (inferred from callerID area code), prior communications from the same callerID or caller profile information, language required, the target phone number dialed by the caller, or transaction number. Information about the agent is also considered. Agent qualifications, availability in real time, language ability, agent's historical experience or success rate, agent's account ownership, labor cost of agent, telecommunication routing cost, telecommunication signal quality and mode (such as bandwidth, line quality, or video quality), gender where appropriate to the product or service, and even time of day. The algorithm constructs a matrix of factors between the caller and the agents to determine by weighting of the factors which is the agent best suited to handle the call. The weighting is first by required factors, followed by optional factors, with contemporaneous factors being weighted to identify the more suitable among available and initially qualified agents.

6

[0030]    There are various applications and further expansions of the present invention. The invention permits external call control of a network's call flow. The invention may be used to manage incoming calls for a plurality of companies into a network carrier while the routing and termination of those calls are controlled by an outside party. Simultaneous screen pops

5    (data) may be sent to the agent while the network carrier completes the voice call to the same agent (when in combination with various above features). The invention can be adapted to split the call's voice channel from its signaling path a) when the network carrier continues to carry the voice path or b) when an outside party provides signaling to the network of how to continue routing and/or termination of the call. The invention can also be used with a real-

10    time recording function which can record a call in real-time (when in combination with various above).

[0031]    The following is a source listing in pseudo-code form of components of the method according to the invention.

```
[0032] //-------------------------------------------------------------------
15      //   Module:   IncomingCallBeginNotification
        //   This module is invoked by the Carrier Network whenever an incoming call arrives
        into the Incoming Gateway (301)
        //   Input Variables:
20      //      String: CallerID  - telephone number which caller is calling from
        //      String: CalledNumber - telephone number called by the user
        //      String: IncomingGatewayID - identifies which incoming gateway received the call
        //      String: CircuitID - incoming gateway's incoming call identification number
        //   Output variables:
        //      String: Result (true if call was completed or false if call completion failed)
25      //   Tasks Performed:

            Call  ActivityLogger ("ReceivedIncomingCall", CallerID, CalledNumber,
        IncomingGatewayID, CircuitID, timenow() );

30          // Determine which company has been called based on the phone number the user
        dialed
            CompanyBeingCalled = LookUpInDataBase ("Use Table: PhoneNumber-CompanyID",
        CalledNumber)

35          // Determine which Agent should be assigned this incoming call
            AgentAssignedForThisCall = DetermineWhichAgentShouldReceiveThisCall
        (CompanyBeingCalled, CallerID, IncomingGatewayID)

            // Set in the Database which that this Agent is now busy
40          WriteToDataBase ("Use Table: AgentID-Availability", AgentAssignedForThisCall,
        "Agent is busy")

            // Determine what termination point (POTS or VOIP) the call should be directed
        to for the assigned agent
45          TerminationPoint = Call  GetAgentsCurrentPhoneOrVoipTerminationPoint
        (AgentAssignedForThisCall);

            // Set in the Database which Agent was assigned for this call. The specific
        call is identified by the CircuitID
50          WriteToDataBase ("Use Table: CircuitID-AgentID-TerminationPoint", CircuitID,
        AgentAssignedForThisCall, TerminationPoint)

            // Depending upon method of termination, complete the call to the termination
        point
55          If (TerminationPoint.POTS == TRUE) then Call SendSignalToOutgoingGateway
        (IncomingGatewayID, CircuitID, TerminationPoint.TerminationPhoneNumber, "Complete call
        CircuitID from IncomingGateway to TerminationPoint")
```

7

```
                    If (TerminationPoint.VOIP == TRUE) then Call
          SendSignalToAgentsVOIPConverter601 (TerminationPoint.IPAddress, IncomingGatewayID,
          CircuitID, "Connect call CircuitID from IncomingGateway")

                    // Determine what information should be displayed on the Agent's computer
          screen, send that data to the Agent's screen
                    DataToDisplayOnAgentsScreenForThisCall = LookUpInDataBase ("Use Table:
          CompanyID-ScreenData", CompanyBeingCalled)
                    SendDataToAgentsComputer (AgentAssignedForThisCall, CallerID +
          DataToDisplayOnAgentsScreenForThisCall)

                    // Begin the call recording for certain clients
                    If (CompanyBeingCalled.RecordTheirCalls == True) then CallRecording
          (IncomingGatewayID, CircuitID, "Start Recording")

                    // At this point the call has been connected to the appropriate Agent, screen
          data sent to Agent, and Recording begun.
                    Return (true);    // True because call was successfully routed

          //-----------------------------------------------------------------------
          //   Module:   IncomingCallEndNotification
          //   This module is invoked by the Carrier Network whenever an incoming call was ended
          //   (hung up) by either party
          //   Input Variables:
          //      String: CallerID   - telephone number which caller is calling from
          //      String: CalledNumber - telephone number called by the user
          //      String: IncomingGatewayID - identifies which incoming gateway received the call
          //      String: CircuitID - incoming gateway's incoming call identification number
          //   Output variables:
          //      String: Result (true if call was completed or false if call completion failed)
          //   Tasks Performed:

                    Call  ActivityLogger ("EndIncomingCall", CallerID, CalledNumber,
          IncomingGatewayID, CircuitID, timenow() );

                    // Read from DataBase which agent took this call - which agent was previously
          assigned for this incoming call
                    AgentAssignedForThisCall, TerminationPoint = LookUpInDataBase ("Use Table:
          CircuitID-AgentID-TerminationPoint", CircuitID)

                    // Depending upon method of termination, end the call to the termination point
                    If (TerminationPoint.POTS == TRUE) then Call SendSignalToOutgoingGateway
          (IncomingGatewayID, CircuitID, TerminationPoint.TerminationPhoneNumber, "End call
          CircuitID from IncomingGateway to TerminationPoint")
                    If (TerminationPoint.VOIP == TRUE) then Call
          SendSignalToAgentsVOIPConverter601 (TerminationPoint.IPAddress, IncomingGatewayID,
          CircuitID, "End call CircuitID from IncomingGateway"))

                    // Determine what information should be displayed on the Agent's computer
          screen, send that data to the Agent's screen
                    DataToDisplayOnAgentsScreenForThisCall = "Dear Agent:  This call has now
          ended.")
                    SendDataToAgentsComputer (AgentAssignedForThisCall, CallerID +
          DataToDisplayOnAgentsScreenForThisCall)

                    // Set in the Database which that this Agent is available again
                    WriteToDataBase ("Use Table: AgentID-Availability", AgentAssignedForThisCall,
          "Agent is available")

                    // End the call recording for certain clients
                    If (CompanyBeingCalled.RecordTheirCalls == True) then CallRecording
          (IncomingGatewayID, CircuitID, "End Recording")

                    // At this point the call has been disconnected from the Agent, screen data
          sent to Agent, and Recording ended.
                    Return (true);    // True because call was successfully routed

          //-----------------------------------------------------------------------
          //   Module:  AgentCheckedIn
          //   Input Variables:
          //      String: AgentID - Agent's identification number
          //   Output variables:
          //      None
          //   Tasks Performed:
```

8

```
//     This module is called when the Agent logs into website to inform system that
Agent is now available to receive calls

           // Set in the Database which that this Agent is available again
           WriteToDataBase ("Use Table: AgentID-Availability", AgentID, "Agent is
available")
           ActivityLogger ("Agent is available", AgentID, timenow() );
           Return();

//-----------------------------------------------------------------------------
//   Module:  AgentCheckedOut
//     Input Variables:
//       String: AgentID - Agent's identification number
//     Output variables:
//       None
//   Tasks Performed:
//       This module is called when the Agent logs into website to inform system that
Agent is not available to receive calls

           // Set in the Database which that this Agent is available again
           WriteToDataBase ("Use Table: AgentID-Availability", AgentID, "Agent is not
available")
           ActivityLogger ("Agent is not available", AgentID, timenow() );
           Return();

//-----------------------------------------------------------------------------
//   Module:  DetermineWhichAgentShouldReceiveThisCall
//     Input Variables:
//       String: CompanyBeingCalled - identifies which company/client/phone number this
call is for
//       String: CallerID  - telephone number which caller is calling from
//       String: IncomingGatewayID - identifies which incoming gateway received the call
//       String: timenow - current time/date
//     Output variables:
//       String: AgentID - Selected Agent's identification number
//     Tasks Performed:
//       Determine: 1) Which Agents are qualified to receive this call then 2) which
Agent is best suited to receive this call

           // First create a list of 1 or more Agents who are Qualified to handle this
call
           ListOfQualifiedAgents = null;
           While Loop (  (ThisAgent = Loop through list of all Agents)
                   If ( ThisAgent.Available == IsAvailableNow) and     //is this Agent
currently available?
               If ( ThisAgent.TrainingCredentials == CompanyBeingCalled) and // does this
agent have the correct training to handle calls for this company?
                   If ( ThisAgent.LanguageAbilities == CompanyBeingCalled.Language) and
//can this agent speak the necessary language?
                       If (additional criteria necessary for an agent to handle a call for
CompanyBeingCalled)
                       Then  ListOfQualifiedAgents += ThisAgent    //add this Agent onto the
list of Qualified agents
               } end while;

           // Second now determine which of the Qualified agents is the best suited for
this particular call
           While Loop (   (ThisAgent = Loop through ListOfQualifiedAgents)
                   MatrixTotalWeight = 0;    //start out with zero

                   // Load various matrix weighting criteria - for this CompanyBeingCalled
(and/or for this phone number called)
                   MatrixWeighting = LookUpInDataBase ("Use Table: MatrixWeights-CompanyID",
CompanyBeingCalled)

                   // Evaluate a matrix of various factors, based on both caller
information and agent information.
                       // Each element of matrix is considered, then assigned a weighted
number of points depending
                   //    upon importance of that element for that company (or for this phone
number).
                       // Some weights are dependent upon the CompanyBeingCalled, other weights are
independent of CompanyBeingCalled
                       If (ThisAgent.QualityRating == A)  MatrixTotalWeight +=
MatrixWeighting.A; // Add points according to quality rating
```

9

```
                If (ThisAgent.QualityRating == B)  MatrixTotalWeight +=
MatrixWeighting.B;  // Add points according to quality rating              If
(ThisAgent.QualityRating == C)  MatrixTotalWeight += MatrixWeighting.C;  // Add points
according to quality rating
                If (ThisAgent.LaborCost is between [$0.00 and $0.50] )
MatrixTotalWeight += 5;  // Add points for low-cost rate
                If (ThisAgent.LaborCost is between [$0.50 and $1.00] )
MatrixTotalWeight += 2;  // Add points for low-cost rate
                If (ThisAgent.TelecomCost < $.05)  MatrixTotalWeight += 2;
                // Add points for low-cost rate
                If (ThisAgent.HistoricalSuccess[CompanyBeingCalled] )
MatrixTotalWeight += 10;  // Add points prior success rate
                If (ThisAgent.PreviousCalls[CallerID])  MatrixTotalWeight += 10;  //Add
points if this Agent knows this Customer
                If (ThisAgent.LanguageAccent == IncomingGatewayID.LanguageAccent)
NumberPointsForThisAgent += 1;  //Add points if this Agent's language dialect is
similar to the local language dialect of where this call was received at
                If (ThisAgent.LineQuality > 80% )  MatrixTotalWeight += 5;    // Add
points for high quality voice connection
                // Other criteria here to select best suited agent

                ListOfQualifiedAgents.TotalWeight= MatrixTotalWeight;    // Assign this
Agent the total computed weighted Matrix value
            } end while;

            // Select one agent, among all of the Qualified agents, with the highest total
matrix weight
            AgentID = ListOfQualifiedAgents [ select which Agent has the highest
ListOfQualifiedAgents.TotalWeight]

            Return();

    //-----------------------------------------------------------------
    //    Module:   SendSignalToOutgoingGateway
    //    Input Variables:
    //        String: IncomingGatewayID - identifies which incoming gateway has received call
    //        String: CircuitID - identifies specifically which call
    //        String: TerminationPoint - identifies where to terminate call to (POTS phone
number or VOIP)
    //        String: Action - specifies action
    //    Output variables:
    //        None
    //    Tasks Performed:
    //        Instruct Outgoing Gateway where to terminate call to
    //        // Instruct outgoing gateway to take action "Action" for call "CircuitID" at
    //           incoming gateway "IncomingGatewayID" to termination point
"TerminationPoint"
    //        // e.g. Dial outbound call to "TerminationPoint", then connect that outbound
call to IP stream at IncomingGatewayID.CircuitID
    //        Return();

    //-----------------------------------------------------------------
    //    Module:   SendSignalToAgentsVOIPConverter601
    //    Input Variables:
    //        String: IncomingGatewayID - identifies which incoming gateway has received call
    //        String: CircuitID - identifies specifically which call
    //        String: TerminationPoint - identifies where to terminate call to (POTS phone
number or VOIP)
    //        String: Action - specifies action
    //    Output variables:
    //        None
    //    Tasks Performed:
    //        Instruct Agents VOIP converter 601 where to connect call to
    //        // Instruct Agents VOIP converter 601 to take action "Action" for call
"CircuitID" at
    //           incoming gateway "IncomingGatewayID"
    //        // e.g. Connect Agent's phone to IP stream at IncomingGatewayID.CircuitID
    //        Return();

    //-----------------------------------------------------------------
    //    Module:   GetAgentsCurrentPhoneOrVoipTerminationPoint
    //    Input Variables:
    //        String: AgentID - identifies Agent
    //    Output variables:
    //        String: TerminationPoint - Termination point (VOIP or POTS) where agent is
available at now
```

10

```
//   Tasks Performed:
//     Looks into database to determine which termination point (VOIP or POTS) where
agent is available at now
          //   This database table is set by the Agent's preferences
          TerminationPoint = LookUpInDataBase ("Use Table: AgentID-TerminationPoint",
TerminationPoint)
          Return();

//----------------------------------------------------------------
//   Module:  SendDataToAgentsComputer
//     Input Variables:
//       String: AgentID - identifies which agent to send the data to
//       String: DataToDisplayOnAgentsScreen - specific data to display to Agent
//     Output variables:
//       None
//   Tasks Performed:
//       Send Data to Agents screen (screen pop)
          // Transmit  DataToDisplayOnAgentsScreen  via  Agent Interface 404  to Agent's
computer 502/602
          Return();

//----------------------------------------------------------------
//   Module:  CallRecording
//     Input Variables:
//       String: IncomingGatewayID - identifies which incoming gateway has received call
//       String: CircuitID - identifies specifically which call
//       String: Action - to either begin or end recording
//     Output variables:
//       None
//   Tasks Performed:
//       Control digital recording of call for Digital Voice Storage 701
          // Send commands signals via 112 to Digital Voice Storage 701
          // Information IncomingGatewayID and CircuitID provides specific information
          //   as where to obtain incoming streaming data from to record.
          Return();

//----------------------------------------------------------------
//   Module:  LookUpInDataBase
//     Input Variables:
//       String: Database - identifies which database to look for index in
//       String: Index - Search database for this index string
//     Output variables:
//       String: Resulting output from Database for that Index input.
//   Tasks Performed:
//       Return result output from Database for that Index input.
          // Database code here
          Return();

//----------------------------------------------------------------
//   Module:  WriteToDataBase
//     Input Variables:
//       String: Database - identifies which database to write to
//       String: Index - index string
//       String: Data - data to be written into the Database for that Index
//     Output variables:
//       None
//   Tasks Performed:
//       Write the Data into the Database.
          // Database code here
          Return();

//----------------------------------------------------------------
//   Module:  ActivityLogger
//     Input Variables:
//       String: String 1 - First text string to enter into log
//       String: String 2 - Second text string to enter into log
//       String: String 3 - Third text string to enter into log
//       String: String 4 - Fourth text string to enter into log
//       String: String 5 - Fifth text string to enter into log
//       String: String 6 - Sixth text string to enter into log
//     Output variables:
//       None
//   Tasks Performed:
//       Enter all of the incoming string variables into a system activity log for
debugging purposes.
```

11

```
//-------------------------------------------------------------------------
//    Module:    timenow()
//    Input Variables:
//        None
//    Output variables:
//        Returns the current time now as a text string
//    Tasks Performed:
//        Sets the returning string with the current system time
```

[0033]    The foregoing descriptions of embodiments of the invention have been presented for purposes of illustration and description only.  They are not intended to be exhaustive or to limit the invention to the forms disclosed.  Many modifications and variations will be apparent to practitioners skilled in the art.  Accordingly, the above disclosure is not intended to limit the invention; the scope of the invention is defined by the appended claims.

12

WHAT IS CLAIMED IS:

1        1.    In a call control system operative as a call center, a method for
2    controlling routing of a telephone call comprising:

3        receiving a call at an incoming gateway;

4        signaling from the incoming gateway to a call control system that said call has
5    been received by the incoming gateway;

6        determining the termination point to which said telephone call should be
7    delivered from incoming call information and information and availability of a qualified
8    agent at a termination point;

9        signaling with control signals from said call control system to an outgoing
10    gateway coupled to said selected termination point;

11        causing said outgoing gateway to connect to said incoming gateway via a
12    digital voice packet connection; and

13        directing said call from the outgoing gateway to said selected termination
14    point.

1        2.    The method according to claim 1 wherein said receiving step includes
2    receiving the call from a publicly-switched telephone network into the incoming gateway,
3    said incoming gateway converting said incoming phone call into digital voice packets.

1        3.    The method according to claim 1 wherein said receiving step includes
2    receiving the call in voice-over-IP format.

1        4.    The method according to claim 1 wherein said directing step includes
2    connecting the call via voice-over-IP means to a digital voice termination point.

1        5.    The method according to claim 1 wherein said termination is via voice-
2    over-IP.

1        6.    The method according to claim 1 wherein said directing step comprises
2    connecting the call via the publicly-switched telephone network.

1        7.    The method according to claim 1 wherein said call control system is
2    external and isolated from said incoming gateway and from said outgoing gateway, said call
3    control system being connected through a firewall.

13

1          8.     The method according to claim 1 wherein said call control system is
2   external and isolated from said incoming gateway and from said outgoing gateway, said call
3   control system being connected via a virtual private network.

1          9.     The method according to claim 1 wherein said termination point is
2   partially dependent upon a phone number to which said call is originally directed.

1         10.    The method according to claim 1 wherein said termination point is
2   partially dependent upon a phone number as originally called from.

1         11.    The method according to claim 9 wherein said termination point is
2   partially dependent upon a toll-free phone number to which said call is originally directed.

1         12.    The method according to claim 1 wherein said incoming gateway is
2   also said outgoing gateway.

1         13.    The method according to claim 1 wherein said outgoing gateway is
2   operative to forward digital voice packets from the incoming gateway without conversion.

1         14.    The method according to claim 1 further including recording digital
2   packet data from the incoming gateway in a digital storage unit.

1         15.    The method according to claim 1 further including the step of
2   dynamically redirecting the call from the termination point to a further termination point.

1         16.    The method according to claim 1 further including signaling from the
2   call control system to a visual display at the terminal point to convey related call-specific
3   information to the agent at the termination point.

1         17.    In a call control system operative according to the method of claim 1
2   further comprising an apparatus for contemporaneously signaling from a call control system
3   to a visual display at the termination point to provide call-specific information regarding the
4   call; and server operative to provide call-specific information to the agent screen at the
5   termination point.

1         18.    The apparatus according to claim 17 wherein said server is an instant
2   messaging type server.

14

1     19. The apparatus according to claim 17 wherein said server is web type
2 server which can interact with a window on a client terminal at the termination point.

1     20. The apparatus according to claim 17 wherein said server is proprietary
2 messaging type server.

15

Attorney Docket No.: 022195-1.00US
Client Ref. No.:

PTO/SB/01A (08-03)

---

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | VIRTUAL CALL CENTER |
|---|---|

As the below named inventor(s), I/we declare that:

This declaration is directed to:

☒ The attached application, or

☐ Application No. , filed on ,

☐ as amended on _____ (if applicable);

I/we believe that I/we am/are the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought;

I/we have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above;

I/we acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me/us to be material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

All statements made herein of my/our own knowledge are true, all statements made herein on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and may jeopardize the validity of the application or any patent issuing thereon.

---

FULL NAME OF INVENTOR(S)

| Inventor 1 | Wendell D. Brown | Date: | March 5, 2004 |
|---|---|---|---|
| Signature: | *Wendell D. Brown* | Citizen of: | United States |

| Inventor 2 | | Date: | |
|---|---|---|---|
| Signature: | | Citizen of: | |

| Inventor 3 | | Date: | |
|---|---|---|---|
| Signature: | | Citizen of: | |

| Inventor 4 | | Date: | |
|---|---|---|---|
| Signature: | | Citizen of: | |

☐ Additional inventors are being named on _____ additional form(s) attached hereto.

60158236 v1

PTO/SB/81 (09-03)

| | |
|---|---|
| **POWER OF ATTORNEY**<br>**and**<br>**CORRESPONDENCE ADDRESS**<br>**INDICATION FORM** | **Application Number** — To Be Assigned<br>**Filing Date** — Herewith<br>**First Named Inventor** — Brown, Wendell D.<br>**Title** — VIRTUAL CALL CENTER<br>**Art Unit** — To Be Assigned<br>**Examiner Name** — To Be Assigned<br>**Attorney Docket Number** — 022195-1.00US |

I hereby appoint:

☒ Practitioners associated with the Customer Number    **20350**

**OR**

☐ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☒ The address associated with the above-mentioned Customer Number:

**OR**

☐ The address associated with Customer Number:

**OR**

| ☐ Firm or Individual Name | |
|---|---|
| Address | |
| Address | |
| City | State | ZIP |
| Country | |
| Telephone | Fax |

I am the:

☒ Applicant/Inventor.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

**SIGNATURE of Applicant or Assignee of Record**

| Name | Wendell D. Brown |
|---|---|
| Signature | *Wendell P. Brown* |
| Date | March 5, 2004 | Telephone | 650-796-1363 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

60159193 v1

# File History Report

☐ Paper number _____ is missing from the United States Patent Trademark Office's copy of the file History. No additional information is available.

☒ The following page(s) <u>Drawings</u> of paper number <u>1</u> is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available .

☐ The following checked item(s) below of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
    ☐ **PTO 1449**
    ☐ **PTO 892**
    ☐ **PTO 948**
    ☐ **PTO 1474**
    ☐ **Assignment**
    ☐ **Cover page**

**Additional comments:<u>(see paper # 3)</u>**

## Application Data Sheet

**Application Information**

Application number::

Filing Date::

Application Type::                          Regular

Subject Matter::                            Utility

Suggested classification::

Suggested Group Art Unit::

CD-ROM or CD-R??::

Number of CD disks::

Number of copies of CDs::

Sequence Submission::

Computer Readable Form (CRF)?::

Number of copies of CRF::

Title::                                     Virtual Call Center

Attorney Docket Number::                    022195-1.00US

Request for Early Publication::             No

Request for Non-Publication::               No

Suggested Drawing Figure::                  1

Total Drawing Sheets::                      2

Small Entity?::                             Yes

Latin name::

Variety denomination name::

Petition included?::                        No

Petition Type::

Licensed US Govt. Agency::

Contract or Grant Numbers One::

Secrecy Order in Parent Appl.::             No

Initial 3/8/04

**Applicant Information**

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | US |
| Status:: | Full Capacity |
| Given Name:: | Wendell |
| Middle Name:: | D. |
| Family Name:: | Brown |
| Name Suffix:: | |
| City of Residence:: | Las Vegas |
| State or Province of Residence:: | |
| Country of Residence:: | US |
| Street of Mailing Address:: | 4132 S. Rainbow Blvd., #494 |
| City of Mailing Address:: | Las Vegas |
| State or Province of mailing address:: | |
| Country of mailing address:: | US |
| Postal or Zip Code of mailing address:: | 89103 |

**Correspondence Information**

| | |
|---|---|
| Correspondence Customer Number:: | 20350 |

**Representative Information**

| | |
|---|---|
| Representative Customer Number:: | 20350 |

PTO/SB/35 (02-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NONPUBLICATION REQUEST CERTIFICATION UNDER 35 U.S.C. 122(b)(2)(B)(I) | First Named Inventor | Brown, Wendell D. |
| | Title | Virtual Call Center |
| | Atty Docket Number | 022195-1.00US |

I hereby certify that the invention disclosed in the attached application has not and will not be the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

March 8, 2004
Date

*Kenneth R. Allen*
Signature

Kenneth R. Allen
Typed or printed name

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application upon filing.

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant must notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).

Burden Hour Statement: This collection of information is required by 37 CFR 1.213(a). The information is used by the public to request that an application not be published under 35 U.S.C. 122(b) (and the PTO to process that request). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This form is estimated to take 6 minutes to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.                    60160037 v1

PTO/SB/17 (10-03)

# FEE TRANSMITTAL
# for FY 2004

*Effective 10/01/2003. Patent fees are subject to annual revision.*

☒ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT**  (\$)  385

| Complete if Known | |
|---|---|
| Application Number | Unassigned |
| Filing Date | Herewith |
| First Named Inventor | Brown, Wendell D. |
| Examiner Name | Unassigned |
| Art Unit | Unassigned |
| Attorney Docket No. | 022195-1.00US |

## METHOD OF PAYMENT (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ Other  ☐ None
☒ Deposit Account:

Deposit Account Number: **20-1430**

Deposit Account Name: **Townsend and Townsend and Crew LLP**

The Director is authorized to: *(check all that apply)*
☒ Charge fee(s) indicated below  ☒ Credit any overpayments
☒ Charge any additional fee(s) or any underpayment of fee(s)
☐ Charge fee(s) indicated below, except for the filing fee to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee (\$) | Fee Code | Fee (\$) | Fee Description | Fee Paid |
| 1001 | 770 | 2001 | 385 | Utility filing fee | 385 |
| 1002 | 530 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |
| | | | | **SUBTOTAL (1)** | (\$)385 |

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | 20 | -20** = | 0 | X39 | = | \$0 |
| Independent Claims | 2 | -3** = | 0 | X543 | = | \$0 |
| Multiple Dependent | | | | X | | |

| Large Entity | | Small Entity | | |
|---|---|---|---|---|
| Fee Code | Fee (\$) | Fee Code | Fee (\$) | Fee Description |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |
| | | | | **SUBTOTAL (2)** (\$)0 |

*or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | Fee Paid |
|---|---|---|---|---|---|
| Fee Code | Fee (\$) | Fee Code | Fee (\$) | Fee Description | |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet. | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive – unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive – unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Petitions related to provisional applications | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid  **SUBTOTAL (3)**  (\$)

| SUBMITTED BY | | | | Complete (if applicable) | |
|---|---|---|---|---|---|
| Name (Print/Type) | Kenneth R. Allen | Registration No. (Attorney/Agent) | 27,301 | Telephone | 650-326-2400 |
| Signature | *Kenneth R. Allen* | | | Date | March 8, 2004 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

60160043 v1

PTO/SB/05 (01-04)

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | 022195-1.00US |
| First Inventor | Brown, Wendell D. |
| Title | VIRTUAL CALL CENTER |
| Express Mail Label No. | EV 322 213 425 US |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO**  Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☒ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☒ Specification            [Total Pages   17   ]
   *(preferred arrangement set forth below)*
   - Descriptive title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. ☒ Drawing(s) *(35 U.S.C. 113)*    [Total Sheets  2  ]
5. Oath or Declaration          [Total Pages   1   ]
   a. ☒ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      *(for a continuation/divisional with Box 18 completed)*
      i. ☐ **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s)
         named in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. ☒ Application Data Sheet. See 37 CFR 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or
      Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission
   *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper number of pages
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATIONS PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement   ☒ Power of
    *(when there is an assignee)*        Attorney
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure   ☐ Copies of IDS
    Statement (IDS)/PTO-1449        Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☒ Nonpublication Request under 35 U.S.C. 122
    (b)(2)(B)(i). Applicant must attach form PTO/SB/35
    or its equivalent.
17. ☐ Other:

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
☐ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No: _____
Prior application information:   Examiner _____   Art Unit: _____
For CONTINUATION OF DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered as part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☒ Customer Number      | 20350 |      OR   ☐ Correspondence address below

| | |
|---|---|
| Name | |
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | | Telephone | (650) 326-2400 | Fax | (650) 326-2422 |

| Name (Print/Type) | Kenneth R. Allen | Registration No. (Attorney/Agent) | 27,301 |
|---|---|---|---|
| Signature | *Kenneth R. Allen* | Date | March 8, 2004 |

60160026 v1

PTO/SB/35 (02-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NONPUBLICATION REQUEST CERTIFICATION UNDER 35 U.S.C. 122(b)(2)(B)(i) | First Named Inventor | Brown, Wendell D. |
|---|---|---|
| | Title | Virtual Call Center |
| | Atty Docket Number | 022195-1.00US |

I hereby certify that the invention disclosed in the attached application has not and will not be the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

March 8, 2004
Date

*Kenneth R. Allen*
Signature

Kenneth R. Allen
Typed or printed name

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

Burden Hour Statement: This collection of information is required by 37 CFR 1.213(a). The information is used by the public to request that an application not be published under 35 U.S.C. 122(b) (and the PTO to process that request). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This form is estimated to take 6 minutes to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.    60160037 v1

PTO/SB/17 (10-03)

# FEE TRANSMITTAL
## for FY 2004

*Effective 10/01/2003. Patent fees are subject to annual revision.*

☒ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** (\$) 385

| Complete if Known | |
|---|---|
| Application Number | Unassigned |
| Filing Date | Herewith |
| First Named Inventor | Brown, Wendell D. |
| Examiner Name | Unassigned |
| Art Unit | Unassigned |
| Attorney Docket No. | 022195-1.00US |

## METHOD OF PAYMENT (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ Other  ☐ None
☒ Deposit Account:

Deposit Account Number: 20-1430

Deposit Account Name: Townsend and Townsend and Crew LLP

The Director is authorized to: (check all that apply)
☒ Charge fee(s) indicated below  ☒ Credit any overpayments
☒ Charge any additional fee(s) or any underpayment of fee(s)
☐ Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee (\$) | Fee Code | Fee (\$) | Fee Description | Fee Paid |
| 1001 | 770 | 2001 | 385 | Utility filing fee | 385 |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |
| | | | | **SUBTOTAL (1)** | (\$) 385 |

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | | Extra Claims | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 20 | -20** = | 0 | X \$9 = | \$0 |
| Independent Claims | 2 | -3** = | 0 | X \$43 = | \$0 |
| Multiple Dependent | | | | X | . |

| Large Entity | | Small Entity | | |
|---|---|---|---|---|
| Fee Code | Fee (\$) | Fee Code | Fee (\$) | Fee Description |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |
| | | | | **SUBTOTAL (2)** (\$) 0 |

**if number previously paid, if greater; For Reissues, see above*

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | Fee Paid |
|---|---|---|---|---|---|
| Fee Code | Fee (\$) | Fee Code | Fee (\$) | Fee Description | |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet. | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive – unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive – unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Petitions related to provisional applications | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid  **SUBTOTAL (3)** (\$)

## SUBMITTED BY

| | Complete (if applicable) | | | |
|---|---|---|---|---|
| Name (Print/Type) | Kenneth R. Allen | Registration No. (Attorney/Agent) | 27,301 | Telephone | 650-326-2400 |
| Signature | *Kenneth R. Allen* | | | Date | March 8, 2004 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

60160043 v1

17157 U.S.PTO
030004

PTO/SB/05 (01-04)

# UTILITY
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | 022195-1.00US |
|---|---|
| First Inventor | Brown, Wendell D. |
| Title | VIRTUAL CALL CENTER |
| Express Mail Label No. | EV 322 213 425 US |

22782 U.S. PTO
10/796423

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents.*

| | |
|---|---|
| 1. ☒ | Fee Transmittal Form (e.g., PTO/SB/17) *(Submit an original and a duplicate for fee processing)* |
| 2. ☒ | Applicant claims small entity status. See 37 CFR 1.27. |
| 3. ☒ | Specification    [Total Pages 17 ] *(preferred arrangement set forth below)* - Descriptive title of the Invention - Cross Reference to Related Applications - Statement Regarding Fed sponsored R & D - Reference to sequence listing, a table, or a computer program listing appendix - Background of the Invention - Brief Summary of the Invention - Brief Description of the Drawings *(if filed)* - Detailed Description - Claim(s) - Abstract of the Disclosure |
| 4. ☒ | Drawing(s) *(35 U.S.C.113)*    [Total Sheets 2 ] |
| 5. | Oath or Declaration    [Total Pages ] |
| a. ☒ | Newly executed (original or copy) |
| b. ☐ | Copy from a prior application (37 CFR 1.63 (d)) *(for a continuation/divisional with Box 18 completed)* |
| i. ☐ | DELETION OF INVENTOR(S) Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b). |
| 6. ☒ | Application Data Sheet. See 37 CFR 1.76 |

**ADDRESS TO**

Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| 7. ☐ | CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix) |
| 8. | Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)* |
| a. ☐ | Computer Readable Form (CRF) |
| b. | Specification Sequence Listing on: |
| i. ☐ | CD-ROM or CD-R (2 copies); or |
| ii. ☐ | Paper number of pages |
| c. ☐ | Statements verifying identity of above copies |

**ACCOMPANYING APPLICATIONS PARTS**

| | |
|---|---|
| 9. ☐ | Assignment Papers (cover sheet & document(s) |
| 10. ☐ | 37 CFR 3.73(b) Statement    ☒ Power of *(when there is an assignee)*    Attorney |
| 11. ☐ | English Translation Document *(if applicable)* |
| 12. ☐ | Information Disclosure    ☐ Copies of IDS Statement (IDS)/PTO-1449    Citations |
| 13. ☐ | Preliminary Amendment |
| 14. ☒ | Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)* |
| 15. ☐ | Certified Copy of Priority Document(s) *(if foreign priority is claimed)* |
| 16. ☒ | Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent. |
| 17. ☐ | Other: |

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No: _____
Prior application information:    Examiner _____    Art Unit: _____
For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered as part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☒ Customer Number    **20350**    OR    ☐ Correspondence address below

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | (650) 326-2400 | Fax | (650) 326-2422 |

| Name (Print/Type) | Kenneth R. Allen | Registration No. (Attorney/Agent) | 27,301 |
|---|---|---|---|
| Signature | *Kenneth R. Allen* | Date | March 8, 2004 |

60160026 v1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-1.00US |

**CONFIRMATION NO. 1877**

20350
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

**FORMALITIES LETTER**

*OC000000013870601*

Date Mailed: 09/23/2004

## NOTICE OF INCOMPLETE NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

A filing date has NOT been accorded to the above-identified application papers for the reason(s) indicated below.

All of the items noted below **and a newly executed oath or declaration covering the items must** be submitted within **TWO MONTHS** of the date of this Notice, unless otherwise indicated, or proceedings on the application will be terminated *(37 CFR 1.53(e))*. Replies should be mailed to: Mail Stop Missing Parts, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

The filing date will be the date of receipt of all items required below, unless otherwise indicated. Any assertions that the item(s) required below were submitted, or are not necessary for a filing date, must be by way of petition directed to the attention of the Office of Petitions accompanied by the $130.00 petition fee *(37 CFR 1.17(h))*. If the petition states that the application is entitled to a filing date, a request for a refund of the petition fee may be included in the petition. Petitions should be mailed to: Mail Stop Petitions, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

- The application was deposited without drawings. 35 U.S.C. 113 (first sentence) requires a drawing "where necessary for the understanding of the subject matter sought to be patented." *Applicant should reconsider whether the drawings are necessary under 35 U.S.C. 113 (first sentence).*

Replies should be mailed to:    Mail Stop Missing Parts

Commissioner for Patents

P.O. Box 1450

Alexandria VA 22313-1450

*A copy of this notice MUST be returned with the reply.*

S. Grenes

Customer Service Center

Initial Patent Examination Division (703) 308-1202
PART 3 - OFFICE COPY



PATENT
Attorney Docket No.: 022195-1.00US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No. 1877 |
| Wendell D. Brown | Examiner:    Unassigned |
| Application No.: 10/796,423 | Technology Center/Art Unit: Unassigned |
| Filed: March 8, 2004 | PETITION TO |
| For: VIRTUAL CALL CENTER | ACCEPT FORMAL DRAWINGS |
| | AND |
| Customer No.: 20350 | REINSTATE FILING DATE |

MAIL STOP PETITIONS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant received a Notice of Incomplete Provisional Application dated September 23, 2004 stating: "The application was deposited without drawings. 35 U.S.C. § 113 (first sentence) requires a drawing 'where necessary for the understanding of the subject matter sought to be patented."

Applicant respectfully advises that the nonprovisional application filed on March 8, 2004 included Figs. 1 and 2 which satisfy the requirements of 35 U.S.C. § 113. In support of this, Applicant respectfully submits copies of:

1) Utility Patent Application Transmittal" (Exhibit A);

2) Applicant's return receipt postcard (Exhibit B); and

3) 2 sheets of drawings properly labeled at the top (Exhibit C).

Applicant also submits herewith a new set of properly labeled formal Figs. 1 and 2. These drawings include sufficient detail to facilitate understanding of the subject matter sought to be patented.

Wendell D. Brown
Response Dated: September 29, 2004
Reply to Office Action of September 23, 2004
Page 2

        Applicant respectfully petitions to have the Notice of Incomplete Provisional Application vacated and respectfully request reinstatement of the March 8, 2004 filing date.

        Applicant further requests an Official Filing Receipt be issued confirming the filing date of March 8, 2004.

        Applicant believes that no fee is due for this submission. However, should the Commissioner deem otherwise, please charge the Petition fee in the amount of $130 or credit any overpayment in accordance with the enclosed Fee Transmittal to the Deposit Account No. 20-1430.

                        Respectfully submitted,

                        Kenneth R. Allen
                        Reg. No. 27,301

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111-3834
Tel: (650) 326-2400
Fax: (650) 326-2422
KRA:deh

60320887 v1

EXHIBIT A

PTO/SB/05 (01-04)

# UTILITY PATENT APPLICATION TRANSMITTAL

*(for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | 022195-1.00US |
|---|---|
| First Inventor | Brown, Wendell D. |
| Title | VIRTUAL CALL CENTER |
| Express Mail Label No. | EV 322 213 425 US |

*[OTPE / OCT 04 2004 / PATENT & TRADEMARK OFFICE stamp]*

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO**
Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☒ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☒ Specification *[Total Pages 17 ]*
   *(preferred arrangement set forth below)*
   - Descriptive title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table, or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. ☒ Drawing(s) *(35 U.S.C. 113)* *[Total Sheets 2 ]*
5. Oath or Declaration *[Total Pages ]*
   a. ☒ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      *(for a continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
      Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. ☒ Application Data Sheet. See 37 CFR 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program *(Appendix)*
8. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper number of pages
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATIONS PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement    ☒ Power of *(when there is an assignee)*    Attorney
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (IDS)/PTO-1449    ☐ Copies of IDS Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*
16. ☒ Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent
17. ☐ Other:

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No: _____

Prior application information:    Examiner _____    Art Unit: _____

For CONTINUATION OF DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

### 19. CORRESPONDENCE ADDRESS

☒ Customer Number    **20350**    OR    ☐ Correspondence address below

| Name | |
|---|---|
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | | Telephone | (650) 326-2400 | Fax | (650) 326-2422 |

| Name (Print/Type) | Kenneth R. Allen | Registration No. (Attorney/Agent) | 27,301 |
|---|---|---|---|
| Signature | *Kenneth R. Allen* | Date | March 8, 2004 |

60160026 v1



EXHIBIT B

Mailing Date: <u>March 8, 2004</u> Express Mail Label No.: <u>EV 322 213 425 US</u>
File No.: <u>022195-1.00US</u>   Attorney:Sec'y: <u>KRA:deh</u>
Inventor(s): <u>Brown Wendell D.</u>
Title: **Virtual Call Center**

22782   U.S. P.TO
10/796423

030804

Patent Application consisting of:
  <u>12</u> Pages of Description, <u>3</u> Page of Claims, <u>1</u> page of Abstract and <u>1</u> title page; and
  <u>2</u> Sheets of formal drawings.

Accompanying the above patent application are:
1)   Utility Patent Application Transmittal (1 p);
2)   Fee Transmittal (in duplicate) (1 p);
3)   Declaration (37 CFR 1.63) For Utility or Design Application Using An
     Application Data Sheet (37 CFR 1.76) (1 p);
4)   Application Data Sheet (2 pp);
5)   Power of Attorney or Authorization of Agent (1 p);
6)   Nonpublication Request Certification (1 p); and
7)   Return Receipt Postcard.

Kindly stamp <u>receipt date</u> and <u>serial number</u> and return to addressee to acknowledge
receipt of the above documents.                          60160207 v1

....



Kenneth R. Allen, Reg. No. 27,301 (650) 326-2400
Attorney Docket No.: 022195-1.00US
Title: Virtual Call Center
Applicants: Wendell D. Brown
Sheet 1 of 2

EXHIBIT C

FIG. 1



Kenneth R. Allen, Reg. No 27,301 (650) 326-2400
Attorney Docket No.: 022195-1.00US
Title: Virtual Call Center
Applicants: Wendell D Brown
Sheet 1 of 2

EXHIBIT C



**FIG. 2**



Application No.: 10/796,423
Response Dated: September 29, 2004
Reply to Notice of Incomplete Nonprovisional Application Dated September 23, 2004
Sheet 1 of 2



FIG. 2

Application No.: 10/796,423
Response Dated: September 29, 2004
Reply to Notice of Incomplete Nonprovisional Application Dated September 23, 2004
Sheet 2 of 2





FIG. 2

PTO/SB/17 (10-03)

# FEE TRANSMITTAL
## for FY 2004

*Effective 10/01/2003. Patent fees are subject to annual revision.*

☒ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 130

**Complete If Known**

| | |
|---|---|
| Application Number | 10/796,423 |
| Filing Date | March 8, 2004 |
| First Named Inventor | Brown, Wendell D. |
| Examiner Name | Unassigned |
| Art Unit | Unassigned |
| Attorney Docket No. | 022195-1.00US |

---

**METHOD OF PAYMENT (check all that apply)**

☐ Check   ☐ Credit Card   ☐ Money Order   ☐ Other   ☐ None
☒ Deposit Account:

| | |
|---|---|
| Deposit Account Number | 20-1430 |
| Deposit Account Name | Townsend and Townsend and Crew LLP |

**The Director is authorized to:** *(check all that apply)*
☒ Charge fee(s) indicated below   ☒ Credit any overpayments
☒ Charge any additional fee(s) or any underpayment of fee(s)
☐ Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($)

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims | ___** = | | |
| Independent Claims | ___** = | | |
| Multiple Dependent | | | |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($)

**or number previously paid, if greater; For Reissues, see above

---

**FEE CALCULATION (continued)**

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet. | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive - unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | 130 |
| 1807 | 50 | 1807 | 50 | Petitions related to provisional applications | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify) ---------------------------------

*Reduced by Basic Filing Fee Paid   **SUBTOTAL (3)**   ($)130

---

**SUBMITTED BY**

**Complete (if applicable)**

| Name (Print/Type) | Kenneth R. Allen | Registration No. (Attorney/Agent) | 27,301 | Telephone | 650-326-2400 |
|---|---|---|---|---|---|
| Signature | *Kenneth R. Allen* | | | Date | September 29, 2004 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

60320935 v1

PTO/SB/21 (04-04)

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/796,423 |
| Filing Date | March 8, 2004 |
| First Named Inventor | Brown, Wendell D. |
| Art Unit | Unassigned |
| Examiner Name | Unassigned |
| Attorney Docket Number | 022195-1.00US |

Total Number of Pages In This Submission    13

### ENCLOSURES    *(Check all that apply)*

- [X] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [X] Drawing(s)
- [ ] Licensing-related Papers
- [X] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

Remarks    The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430.

- [ ] After Allowance Communication to Technology Center (TC)
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [X] Other Enclosure(s) (please Identify below):
  1) Copy of Notice of Incomplete Nonprovisional Application (2 pp);
  2) Exhibits A-C; and
  3) Return Receipt Postcard

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Townsend and Townsend and Crew LLP | |
|---|---|---|
| | Kenneth R. Allen | Reg. No. 27,301 |
| Signature | *Kenneth R. Allen* | |
| Date | September 29, 2004 | |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Diane Hawley | | |
|---|---|---|---|
| Signature | *Diane Hawley* | Date | September 29, 2004 |

60320931 v1



ÖIPE
OCT 0 4 2004

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-1.00US |

**CONFIRMATION NO. 1877**

20350
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

**FORMALITIES LETTER**

*OC000000013870601*

Date Mailed: 09/23/2004

## NOTICE OF INCOMPLETE NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

A filing date has NOT been accorded to the above-identified application papers for the reason(s) indicated below.

All of the items noted below **and a newly executed oath or declaration covering the items must** be submitted within **TWO MONTHS** of the date of this Notice, unless otherwise indicated, or proceedings on the application will be terminated *(37 CFR 1.53(e))*. Replies should be mailed to: Mail Stop Missing Parts, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

The filing date will be the date of receipt of all items required below, unless otherwise indicated. Any assertions that the item(s) required below were submitted, or are not necessary for a filing date, must be by way of petition directed to the attention of the Office of Petitions accompanied by the $130.00 petition fee *(37 CFR 1.17(h))*. If the petition states that the application is entitled to a filing date, a request for a refund of the petition fee may be included in the petition. Petitions should be mailed to: Mail Stop Petitions, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

- The application was deposited without drawings. 35 U.S.C. 113 (first sentence) requires a drawing "where necessary for the understanding of the subject matter sought to be patented." *Applicant should reconsider whether the drawings are necessary under 35 U.S.C. 113 (first sentence).*

Replies should be mailed to:     Mail Stop Missing Parts

Commissioner for Patents

P.O. Box 1450

Alexandria VA 22313-1450

10/05/2004 WARDELR1 00000020 201430   10796423

01 FC:1460        130.00 DA

*A copy of this notice MUST be returned with the reply.*

S. Ardemo
Customer Service Center

Initial Patent Examination Division (703) 308-1202

PART 2 - COPY TO BE RETURNED WITH RESPONSE



I pw

PATENT
Attorney Docket No.: 022195-1.00US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No. 1877 |
| Wendell D. Brown | Examiner:      Unassigned |
| Application No.: 10/796,423 | Technology Center/Art Unit:    Unassigned |
| Filed:  March 8, 2004 | SUBSTITUTE PETITION TO |
| For:  VIRTUAL CALL CENTER | ACCEPT FORMAL DRAWINGS AND |
| Customer No.: 20350 | REINSTATE FILING DATE |

MAIL STOP PETITIONS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Attention: Alesia M. Brown

Dear Ms. Brown:

      In response to your recent request, Applicant submits herewith Exhibit C consisting of formal Figs. 1 and 2 in the above-referenced matter.

      Applicant respectfully petitions to have the Notice of Incomplete Provisional Application vacated and respectfully request reinstatement of the March 8, 2004 filing date.

      Applicant further requests an Official Filing Receipt be issued confirming the filing date of March 8, 2004.

                    Respectfully submitted,

                    *Kenneth R. Allen*

                    Kenneth R. Allen
                    Reg. No. 27,301

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111-3834
Tel: (650) 326-2400
Fax: (650) 326-2422
KRA:dch

60350334 v1

Application No.: 10/796,423
Response Dated: November 5, 2004
Reply to Notice of Incomplete Non-provisional Application Dated September 23, 2004
Sheet 1 of 2

Exhibit C



FIG. 1

Application No.: 10/796,423
Response Dated: November 5, 2004
Reply to Notice of Incomplete Nonprovisional Application Dated September 23, 2004
Sheet 2 of 2

Exhibit C



FIG. 2

PTO/SB/21 (04-04)

## TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 10/796,423 |
| Filing Date | March 8, 2004 |
| First Named Inventor | Brown, Wendell D. |
| Art Unit | Unassigned |
| Examiner Name | Unassigned |
| Attorney Docket Number | 022195-1.00US |

Total Number of Pages in This Submission: 13

### ENCLOSURES  *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [x] Drawing(s)
- [ ] Licensing-related Papers
- [x] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

| Remarks | The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430. |
|---|---|

- [ ] After Allowance Communication to Technology Center (TC)
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):
  1) Exhibit C - Formal Figs. 1 & 2; and
  2) Return Receipt Postcard

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Townsend and Townsend and Crew LLP |
| Kenneth R. Allen | Reg. No. 27,301 |
| Signature | *Kenneth R. Allen* |
| Date | November 5, 2004 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Diane Hawley | | |
|---|---|---|---|
| Signature | *Diane Hawley* | Date | November 5, 2004 |

60350370 v1

 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

**COPY MAILED**

**DEC 0 2 2004**

In re Application of            :        **OFFICE OF PETITIONS**
Brown                           :
Filed: March 8, 2004            : ON PETITION
Application No. 10/796,423      :
Atty. Dkt. No.: 022195-1.00US   :

This decision is in response to the "PETITION TO ACCEPT FORMAL
DRAWINGS AND REINSTATE FILING DATE" filed October 4, 2004 and
supplemented November 8, 2004, in response to the Notice of
Incomplete Nonprovisional Application ("Notice") mailed
September 23, 2004 to accord the above-identified application a
filing date of March 8, 2004.

The application was filed March 8, 2004. The Notice indicated
that the application had not been accorded a filing date because
the application appeared to have been deposited without drawings
as required under 35 USC 113, first sentence.

In response, the present petition was filed wherein petitioner
argues that the application as deposited included 2 sheets of
formal drawings. Petitioners have included as proof of mailing
and proof of receipt of the 2 sheets of formal drawings a return
postcard date stamped by the Office on March 8, 2004. A copy of
2 sheets of formal drawings depicting Figure 1 and Figure 2
purportedly filed with the application on March 8, 2004 was also
supplied.

The original drawings sheets submitted with the application
papers have not been located. However, in view of the evidence
presented, the petition to accord the application a filing date
of March 8, 2004 is GRANTED.

Since the original drawing sheet cannot be located in the
Office, the copy supplied with the instant petition on November
8, 2004 will be used for examination purposes.

No petition fee is due in connection with this matter.

Application No. 10/796,423                                                         2

This application will be returned to the Office of Initial
Patent Examination for further processing with a filing date of
March 8, 2004.

Telephone inquiries related to this decision may be directed to
the undersigned at (571) 272-3205.

Alesia M. Brown
Senior Petitions Attorney
Office of Petitions

MAR. 4.2005    5:32PM    TTC-PA 650-326-2422                    NO.435    P.3

PTO/SB/36 (10-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **REQUEST TO RESCIND PREVIOUS NONPUBLICATION REQUEST 35 U.S.C. 122(b)(2)(B)(ii)** | Application Number: 10/796,423 |
| | Filing Date: March 8, 2004 |
| | First Named Inventor: Brown, Wendell D. |
| | Title: VIRTUAL CALL CENTER |
| | Atty Docket Number: 022195-000100US |
| | Group Art Unit: 2642 |
| | Examiner: Unassigned |

RECEIVED
CENTRAL FAX CENTER

MAR 04 2005

**I hereby rescind the previous request that the above-identified application not be published under 35 U.S.C. 122(b).**

March 4, 2005
_____
Date

_____
Signature

Ardeshir Tabibi
Typed or printed name

**This request must be signed in compliance with 37 CFR 1.33(b).**

Note: Filing this recission of a previous nonpublication request is considered the notice of a subsequent foreign or international filing required by 35 USC 122(b)(2)(B)(iii) and 37 CFR 1.213(c) if this recission is filed no later than forty-five days (45) days after the date of filing of such foreign or international application. See 37 CFR 1.137(f) if a notice of subsequent foreign or international filing required by 35 USC 122(b)(2)(B)(iii) and 37 CFR 1.213(c) is not filed within forty-five days (45) days after the date of filing of the foreign or international application.

---

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner For Patents, Box PG Pub, Washington, DC 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on:

| Name (Print/Type) Diane Hawley | |
|---|---|
| Signature _Diane Hawley_ | Date March 4, 2005 |

Burden Hour Statement: This collection of information is required by 37 CFR 1.213(b). The information is used by the public to rescind a previously filed request that an application not be published under 35 U.S.C. 122(b) (and the PTO to process that recission). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This form is estimated to take 6 minutes to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.
60437191 v1

NOV. 4.2005   5:32PM    TTO-PA 650-326-2422                    NO.485   P.2

PTO/SB/21 (09-04)

| TRANSMITTAL FORM | Application Number | 10/796,423 |
|---|---|---|
| | Filing Date | March 8, 2004 |
| | First Named Inventor | Brown, Wendell D. |
| | Art Unit | 2642 |
| (to be used for all correspondence after initial filing) | Examiner Name | Unassigned |
| Total Number of Pages in This Submission    2 | Attorney Docket Number | 022195-000100US |

## ENCLOSURES   *(Check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form<br>  ☐ Fee Attached | ☐ Drawing(s)<br>☐ Licensing-related Papers | ☐ After Allowance Communication to TC |
| ☐ Amendment/Reply<br>  ☐ After Final<br>  ☐ Affidavits/declaration(s) | ☐ Petition<br>☐ Petition to Convert to a<br>   Provisional Application<br>☐ Power of Attorney, Revocation<br>   Change of Correspondence Address | ☐ Appeal Communication to Board of Appeals and Interferences<br>☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)<br>☐ Proprietary Information |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer | ☒ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Request for Refund | **Request to Rescind Previous** |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | **Nonpublication Request 35 U.S.C. 122(b)(2)(B)(ii)** |
| | ☐ Landscape Table on CD | |
| ☐ Certified Copy of Priority Document(s) | **Remarks**    The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430. | |
| ☐ Reply to Missing Parts/ Incomplete Application<br>  ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Townsend and Townsend and Crew LLP | | |
|---|---|---|---|
| Signature | *[signature]* | | |
| Printed name | Ardeshir Tabibi | | |
| Date | March 4, 2005 | Reg. No. | 48,750 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the Patent and Trademark Office, Fax No. (703) 872-9306 on March 4, 2005.

| Signature | *Diane Hawley [signature]* | | |
|---|---|---|---|
| Typed or printed name | Diane Hawley | Date | March 4, 2005 |

60437210 v1

**T AVAILABLE COPY**

MAR 4.2005   5:32PM   TTC-PA 650-326-2422                NO.435   P.1

022195ocket No. 022195-000100US

PTO FAX NO.: (703) 872-9306

ATTENTION:     Examiner Unassigned                        Group Art Unit 2642

**RECEIVED**
CENTRAL FAX CENTER

MAR 0 4 2005

# OFFICIAL COMMUNICATION

# FOR THE PERSONAL ATTENTION OF

# EXAMINER

### CERTIFICATION OF FACSIMILE TRANSMISSION

I hereby certify that the following documents in re Application of Wendell D. Brown, Application No. 10/796,423, filed March 8, 2004 for VIRTUAL CALL CENTER are being facsimile transmitted to the Patent and Trademark Office on the date shown below.

<u>Documents Attached</u>

1)     Transmittal Form (1 p); and
2)     Request to Rescind Previous Nonpublication Request 35 U.S.C. 122(b)(2)(B)(ii) (1 p).

Number of pages being transmitted, including this page: 3

Dated: March 4, 2005     _Diane Hawley_
                              Diane Hawley

*PLEASE CONFIRM RECEIPT OF THIS PAPER BY*
*RETURN FACSIMILE AT (650) 326-2422*

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111-3834
Telephone: 650-326-2400
Fax: 650-326-2422

60437206 v1





UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-1.00US |

**CONFIRMATION NO. 1877**

20350
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

*OC000000015382416*

Date Mailed: 03/08/2005

## Communication Regarding Rescission Of Nonpublication Request and/or Notice of Foreign Filing

Applicant's rescission of the previously-filed nonpublication request and/or notice of foreign filing is acknowledged. The paper has been reflected in the Patent and Trademark Office's (USPTO's) computer records so that the earliest possible projected publication date can be assigned.

The projected publication date is 09/08/2005.

If applicant rescinded the nonpublication request before or on the date of "foreign filing,"[1] then no notice of foreign filing is required.

If applicant foreign filed the application after filing the above application and before filing the rescission, and the rescission did not also include a notice of foreign filing, then a notice of foreign filing (not merely a rescission) is required to be filed within 45 days of the date of foreign filing. See 35 U.S.C. § 122(b)(2)(B)(iii), and Clarification of the United States Patent and Trademark Office's Interpretation of the Provisions of 35 U.S.C. § 122(b)(2)(B)(ii)-(iv), 1272 Off. Gaz. Pat. Office 22 (July 1, 2003).

If a notice of foreign filing is required and is not filed within 45 days of the date of foreign filing, then the application becomes abandoned pursuant to 35 U.S.C. § 122(b)(2)(B)(iii). In this situation, applicant should either file a petition to revive or notify the Office that the application is abandoned. See 37 CFR 1.137(f). Any such petition to revive will be forwarded to the Office of Petitions for a decision. Note that the filing of the petition will not operate to stay any period of reply that may be running against the application.

Questions regarding petitions to revive should be directed to the Office of Petitions at (571) 272-3282. Questions regarding publications of patent applications should be directed to the patent application publication hotline at (703) 605-4283 or by e-mail pgpub@uspto.gov.

[1] Note, for purpose of this notice, that "foreign filing" means "filing an application directed to the same invention in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing".



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-000100US | 1877 |

20350       7590       09/24/2007
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

| EXAMINER |
|---|
| DEANE JR, WILLIAM J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2614 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/24/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

|  | Application No. | Applicant(s) |  |
|---|---|---|---|
| **Office Action Summary** | 10/796,423 | BROWN, WENDELL D. |  |
|  | Examiner | Art Unit |  |
|  | William J. Deane | 2614 |  |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>08 March 2004</u>.

2a) ☐ This action is FINAL.      2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-20</u> is/are pending in the application.

  4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>1-20</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  a) ☐ All   b) ☐ Some * c) ☐ None of:

  1. ☐ Certified copies of the priority documents have been received.

  2. ☐ Certified copies of the priority documents have been received in Application No. _____.

  3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

  * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

Application/Control Number: 10/796,423                                    Page 2
Art Unit: 2614

## DETAILED ACTION

### *Drawings*

The drawings are objected to under 37 CFR 1.83(a). The drawings must show every feature of the invention specified in the claims. Therefore, the call control system, the PSTN and the multiple servers must be shown or the feature(s) canceled from the claim(s). No new matter should be entered.

Corrected drawing sheets in compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid abandonment of the application. Any amended replacement drawing sheet should include all of the figures appearing on the immediate prior version of the sheet, even if only one figure is being amended. The figure or figure number of an amended drawing should not be labeled as "amended." If a drawing figure is to be canceled, the appropriate figure must be removed from the replacement sheet, and where necessary, the remaining figures must be renumbered and appropriate changes made to the brief description of the several views of the drawings for consistency. Additional replacement sheets may be necessary to show the renumbering of the remaining figures. Each drawing sheet submitted after the filing date of an application must be labeled in the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will be notified and informed of any required corrective action in the next Office action. The objection to the drawings will not be held in abeyance.

Application/Control Number: 10/796,423                                    Page 3
Art Unit: 2614

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 1 – 20 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.

Specifically, it is not understood as to applicant claiming an incoming gateway

and an outgoing gateway as claimed in claim 1. Is this not really one gateway with an

incoming interface and an outgoing interface? Among other things, it appears at least

voice data is outgoing from the incoming gateway.

The call control system, is this the carrier network system?

Is the PSTN recited in claim 2 the LEC system?

With respect to claims 17 – 20, applicant claims multiple type servers, but only a

proxy server is shown in Fig. 1.

Applicant should use consistent language.

Because of the many problems noted above a proper search could not be

conducted. However, it appears that applicant should note at least the Abstract, Figs. 9

and 11, paragraphs 0205 – 0231 and paragraphs 0233 – 0246 of U.S. Patent

Application No. 2001/0040887 (Shtivelman et al.). In addition, please note U.S. Patent

Application No. 2004/014/0141508 (Schoeneberger). In particularly, note the Abstract,

Application/Control Number: 10/796,423                                     Page 4

Art Unit: 2614

Figs. 2A, 4 and 19 and paragraphs 0013 – 0027.  Additionally, note the other references

noted on the 892.

### Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Bill Deane whose telephone number is (571) 272-7484.

In addition, facsimile transmissions should be directed to Bill Deane at facsimile number

(571) 273-8300.

16Sep2007

WILLIAM J. DEANE, JR.
PRIMARY EXAMINER

| | | Application/Control No: | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 10/796,423 | BROWN, WENDELL D. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | William J. Deane | 2614 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2006/0165066 | 07-2006 | Campbell et al. | 370/352 |
| * | B | US-2004/0141508 | 07-2004 | Schoeneberger et al. | 370/401 |
| * | C | US-2001/0040887 | 11-2001 | Shtivelman et al. | 370/352 |
| * | D | US-2003/0002479 | 01-2003 | Vortman et al. | 370/352 |
| * | E | US-7,072,657 | 07-2006 | Watanabe et al. | 455/439 |
| * | F | US-7,062,032 | 06-2006 | Bloom et al. | 379/265.04 |
| * | G | US-6,810,034 | 10-2004 | Brand, Joel | 370/352 |
| * | H | US-6,079,020 | 06-2000 | Liu, Quentin C. | 726/15 |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20070916

PATENT

Attorney Docket No.: 022195-000100US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No. 1877 |
| Wendell D. Brown | Examiner:    William J. Deane, Jr. |
| Application No.: 10/796,423 | Technology Center/Art Unit: 2614 |
| Filed: March 8, 2004 | |
| For: VIRTUAL CALL CENTER | AMENDMENT |
| Customer No.: 20350 | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action mailed September 24, 2007, please enter the following amendments and remarks:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

**Amendments to the Drawings** begin on page 7 of this paper and include both an attached replacement sheet and an annotated sheet showing changes.

**Remarks/Arguments** begin on page 8 of this paper.

Page 1 of 9

Appln. No. 10/796,423                                          <u>PATENT</u>
Amdt. dated December 18, 2007
Reply to Office Action of September 24, 2007

## <u>Amendments to the Specification:</u>

Please replace paragraph **[0016]** with the following amended paragraph:

**[0016]**    Figure 1 illustrates one embodiment of the invention, <u>which is built around a call</u> <u>control system 10 operative as a call center that is physically decentralized among control</u> <u>elements and agents</u>.  In Figure 1, element 101 is a telephone from which <u>an</u> initial outgoing call is placed <u>through the public switched telephone system (PSTN) 12</u>, element102 is another example telephone <u>that is connected through a voice over IP (VOIP) system 14</u>.  Element 201 is a Local Exchange Carrier (LEC) switch which receives the call from phone 101 and/or phone 102 <u>and routes it to a Carrier Network System 300</u>.  Element 301 is within the Carrier Network System 300, and element 301 is an incoming gateway which receives calls from LEC switch 201, typically transported in SS7 or other signaling environments <u>and separates the call into its</u> <u>signaling channel (control) component 16 and its bearing (voice) channel component 18</u>. Element 302 is within the Carrier Network System 300, and element 302 represents a digital Voice-over-IP pathway, typically signaled using SIP or other protocols, which connects calls from incoming gateway 301 to element 303<u>, as herein explained</u>.

Appln. No. 10/796,423                                          <u>PATENT</u>
Amdt. dated December 18, 2007
Reply to Office Action of September 24, 2007


**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings of claims in the application:

**Listing of Claims:**

     1.    (Currently Amended) In a call control system operative as a call center, <u>said call control center being physicallydistributed,</u> a method for controlling routing of a telephone call comprising:

     receiving a call at an incoming gateway <u>(301) of the call control system (10)</u>;

     <u>separating the call into components of a signaling channel (16) and a bearer channel (18)</u>;

     ~~signaling from the incoming gateway to a call control system that said call has been received by the incoming gateway;~~

     determining <u>via a call routing system (400)</u> the termination point to which said telephone call should be delivered from incoming call information <u>of the signaling channel (16)</u> and <u>from</u> information and availability of a qualified agent at a termination point <u>(500 or 600) to establish a selected termination point</u>;

     ~~signaling with control signals from said call control system to an outgoing gateway coupled to said selected termination point;~~

     causing ~~said~~ <u>an</u> outgoing gateway <u>(308)</u> to connect to the incoming gateway <u>(301)</u> via a digital voice packet connection <u>to carry content of said bearer channel (18);</u> and

     directing <u>content of said bearer channel (18) of</u> said call from the outgoing gateway <u>(308)</u> to said selected termination point <u>(500 or 600)</u>.

     2.    (Original)    The method according to claim 1 wherein said receiving step includes receiving the call from a publicly-switched telephone network into the incoming gateway, said incoming gateway converting said incoming phone call into digital voice packets.

          ...

3.    (Original)    The method according to claim 1 wherein said receiving step includes receiving the call in voice-over-IP format.

4.    (Original)    The method according to claim 1 wherein said directing step includes connecting the call via voice-over-IP means to a digital voice termination point.

5.    (Original)    The method according to claim 1 wherein said termination is via voice-over-IP.

6.    (Original)    The method according to claim 1 wherein said directing step comprises connecting the call via the publicly-switched telephone network.

7.    (Canceled)

8.    (Currently amended)  The method according to claim 1 wherein said call ~~control system is external and isolated from said incoming gateway and from said outgoing gateway, said call control system being~~ routing system is connected via a virtual private network.

9.    (Original)    The method according to claim 1 wherein said termination point is partially dependent upon a phone number to which said call is originally directed.

10.    (Original)    The method according to claim 1 wherein said termination point is partially dependent upon a phone number as originally called from.

11.    (Original)    The method according to claim 9 wherein said termination point is partially dependent upon a toll-free phone number to which said call is originally directed.

12.    (Currently amended)  The method according to claim 1 wherein said incoming gateway is ~~also~~ incorporated into said outgoing gateway.

Appln. No. 10/796,423
Amdt. dated December 18, 2007
Reply to Office Action of September 24, 2007

PATENT

13.    (Original)    The method according to claim 1 wherein said outgoing gateway is operative to forward digital voice packets from the incoming gateway without conversion.

14.    (Original)    The method according to claim 1 further including recording digital packet data from the incoming gateway in a digital storage unit.

15.    (Original)    The method according to claim 1 further including the step of dynamically redirecting the call from the termination point to a further termination point.

16.    (Original)    The method according to claim 1 further including signaling from the call control system to a visual display at the terminal point to convey related call-specific information to the agent at the termination point.

17.    (Currently amended)    In a call control system operative ~~according to the method of claim 1 further~~ comprising:

an incoming gateway apparatus (301) operative to receive a call of the call control system (10);

an apparatus (301) configured to separate the call into components of a signaling channel (16) and a bearer channel (18);

an apparatus (402) configured to determine via a call routing system (400) the termination point to which said call should be delivered from incoming call information of the signaling channel (16) and from information and availability of a qualified agent at a termination point (500 or 600) to establish a selected termination point (500 or 600);

an apparatus (302) to connect an outgoing gateway (308) to the incoming gateway (301) via a digital voice packet connection to carry content of said bearer channel (18);

an apparatus (403) for directing content of said bearer channel (18) of said call from the outgoing gateway (308) to said selected termination point (500 or 600);

Appln. No. 10/796,423                                                    PATENT
Amdt. dated December 18, 2007
Reply to Office Action of September 24, 2007

an apparatus (405) for contemporaneously signaling from a the call control system to an agent screen visual display (502 or 602) at the termination point (500 or 600) to provide call-specific information regarding the call; and

an agent interface server (404) operative to provide call-specific information to the agent screen (502, 602) at the termination point (500 or 600).

18.    (Currently amended)   The apparatus according to claim 17 wherein said agent interface server (404) is an instant messaging type server.

19.    (Currently amended)   The apparatus according to claim 17 wherein said agent interface server (404) is web type server which can interact with a window on a client terminal at the termination point (500, 600).

20.    (Currently amended)   The apparatus according to claim 17 wherein said agent interface server (404) is a proprietary messaging type server.

Appln. No. 10/796,423                                                    <u>PATENT</u>
Amdt. dated December 18, 2007
Reply to Office Action of September 24, 2007

## Amendments to the Drawings:

The attached sheet of drawings includes changes to Fig. 1.  This sheet, which includes Fig. 1
replaces the original sheet including Fig. 1.


Attachment:  Replacement Sheet
             Annotated Sheet Showing Changes

Appln. No. 10/796,423
Amdt. dated December 18, 2007
Reply to Office Action of September 24, 2007

## REMARKS/ARGUMENTS

The drawings stand objected to for purportedly failing to show the features of the invention specified in the claims. The Applicant respectfully requests reconsideration in light of the foregoing clarifying amendments to the claims, drawings and specification. Labels for features shown have been added to Figure 1. Paragraph [0016] has been amended to make specific reference to certain of the illustrated features and claimed elements. Selected claims have been amended to more clearly articulate the invention and to add specific reference numerals taken from Figure 1 to assure that the citations of elements is unambiguous.

The PSTN is the publically switched telephone network, only a portion of which can be shown. It is the environment and therefore can only be symbolically represented. The figure numeral 12 refers to the relevant functional feature of the PSTN, namely a telephone circuit between telephone handsets. Figure 1 has been further amended to designate the channels, namely signaling channel 16 and bearer channel 18, and the boundary of the call control system 10 (sans, the distributed agents) has been designated by phantom lines.

Multiple servers are in fact shown and described. The following components are in fact servers: 304, 402, 403, 404, 405. In particular, it is the agent interface server 404 in its various incarnations that is now more specifically recited in the claims. Withdrawal of the objection is believed to e in order and is respectfully requested.

The incoming gateway and outgoing gateway are logically different, the incoming gateway fields incoming customer calls. The outgoing gateway, as herein to be understood, interfaces customer calls (at least the bearing channel portion) to the agents' systems. As explained, the call center is virtual. It has components in many different places. These physically distributed elements are spread over a number of systems. Key portions for routing purposes are under control of the call routing system 400. But that is not the only part of the call control system.

The question was raised whether the incoming gateway and the outgoing gateway are the same. Incoming calls are fielded at one gateway but are directed from a remote location through another gateway to remote agents, which receive input via a different channel to display

terminals, typically computer terminals with Internet access. Physically they may be incorporated into one another, and they may in fact share ports. But they are logically different. The communication channels may be two way, since conversations are contemplated. But incoming calls always come through the incoming gateway.

It is now believed the issues raised by the Examiner have been addressed. The Applicant notes references to patent art, but is not in a position to speculate on its relevance absent an explanation from the Examiner.

By this amendment, no new matter has been added. The amendments provide clarification of features shown and described previously, and the claims reflect the consistent use of language as requested by the Examiner.

## CONCLUSION

In view of the foregoing, Applicant believes all claims now pending in this Application are supported the specification and drawings and are in condition for examination. Allowance at an early date is respectfully requested.

If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at (650) 326-2400.

Respectfully submitted,

*Kenneth R. Allen*

Kenneth R. Allen
Reg. No. 27,301

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111-3834
Tel: (650) 326-2400
Fax: (650) 326-2422
Attachments
KRA:kra:deh
61208277 v1

Kenneth R. Allen Reg. No. 27,301 (650) 326-2400
Application No.: 10/796,423 Filed: March 8, 2004 / Attorney Docket No.: 022195-000100US
VIRTUAL CALL CENTER
Applicant: Wendell D. Brown
Replacement Sheet 1 of 1



FIG. 1

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2605833 |
| **Application Number:** | 10796423 |
| **International Application Number:** | |
| **Confirmation Number:** | 1877 |
| **Title of Invention:** | Virtual call center |
| **First Named Inventor/Applicant Name:** | Wendell D. Brown |
| **Customer Number:** | 20350 |
| **Filer:** | Kenneth R. Allen/Diane Hawley |
| **Filer Authorized By:** | Kenneth R. Allen |
| **Attorney Docket Number:** | 022195-000100US |
| **Receipt Date:** | 18-DEC-2007 |
| **Filing Date:** | 08-MAR-2004 |
| **Time Stamp:** | 13:39:00 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | Amendment_In_Response_ To_NonFinal_Office_Action_ For_022195-000100US.pdf | 311408 c27ac4410bcb5a5c0b5fe01b4ffae7d36 017cd | yes | 9 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Amendment - After Non-Final Rejection | 1 | 1 |
| | Specification | 2 | 2 |
| | Claims | 3 | 7 |
| | Applicant Arguments/Remarks Made in an Amendment | 8 | 9 |

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | Replacement_Fig_1_For_02 2195-000100US.pdf | 42675 3a2b14462da3d4f49edebd418a9e1061 61496213 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 354083 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-000100US | 1877 |

20350      7590      03/21/2008
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

| EXAMINER |
|---|
| DEANE JR, WILLIAM J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2614 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/21/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 10/796,423 | BROWN, WENDELL D. |
| | Examiner | Art Unit | |
| | William J. Deane | 2614 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>*18 December 2007*</u>.
2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-20* is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) *1-20* is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some * c)☐ None of:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application
6)☐ Other: _____ .

Application/Control Number: 10/796,423                                          Page 2
Art Unit: 2614

## DETAILED ACTION

### *Allowable Subject Matter*

Claims 1 – 20 are objected to as being dependent upon a rejected base claim,

but appear to be allowable if rewritten in independent form including all of the limitations

of the base claim and any intervening claims.

### *Claim Rejections - 35 USC § 112*

Claims 1 – 20 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.

Specifically, in claim 1, line 2, "physicallydistributed" should be - - physically

distributed - -.

Also in line 2, there is no antecedent basis for "call control center".

In claim 17, line 3, should "receive a call of the call control system " be - - receive

a call from the call control system - -?

### Conclusion

Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action. Accordingly, **THIS ACTION IS MADE FINAL.** See MPEP

§ 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within

Application/Control Number: 10/796,423                                    Page 3
Art Unit: 2614

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Bill Deane whose telephone number is (571) 272-7484.

In addition, facsimile transmissions should be directed to Bill Deane at facsimile number

(571) 273-8300.

BEST COPY

17Mar2008

/William  J Deane/

Primary Examiner, Art Unit 2614

<u>PATENT</u>
Attorney Docket No.: 022195-000100US

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re application of: | Confirmation No. 1877 |
| · Wendell D. Brown | Examiner:    William J. Deane, Jr. |
| Application No.: 10/796,423 | Technology Center/Art Unit: 2614 |
| Filed: March 8, 2004 | |
| For: VIRTUAL CALL CENTER | AMENDMENT UNDER 37 CFR 1.116 |
| | EXPEDITED PROCEDURE |
| Customer No.: 20350 | EXAMINING GROUP 2614 |

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Final Office Action mailed March 21, 2008 on the above-referenced application, please enter the following amendments and remarks:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

PATENT
Attorney Docket No.: 022195-000100US

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

      1.    (Currently Amended) In a call control system operative as a call center, said call ~~control~~ center being ~~physicallydistributed~~ physically distributed, a method for controlling routing of a telephone call comprising:

      receiving a call at an incoming gateway (301) of the call control system (10);

      separating the call into components of a signaling channel (16) and a bearer channel (18);

      signaling from the incoming gateway to a call control system that said call has been received by the incoming gateway;

      determining via a call routing system (400) the termination point to which said telephone call should be delivered from incoming call information of the signaling channel (16) and from information and availability of a qualified agent at a termination point (500 or 600) to establish a selected termination point;

      signaling with control signals from said call control system to an outgoing gateway coupled to said selected termination point;

      causing said an outgoing gateway (308) to connect to the incoming gateway (301) via a digital voice packet connection to carry content of said bearer channel (18); and

      directing content of said bearer channel (18) of said call from the outgoing gateway (308) to said selected termination point (500 or 600).

      2.    (Original)    The method according to claim 1 wherein said receiving step includes receiving the call from a publicly-switched telephone network into the incoming gateway, said incoming gateway converting said incoming phone call into digital voice packets.

      3.    (Original)    The method according to claim 1 wherein said receiving step includes receiving the call in voice-over-IP format.

Appln. No. 10/796,423
Amdt. dated April 21, 2008
Amendment under 37 CFR 1.116 Expedited Procedure
Examining Group 2614

PATENT

4.    (Original)    The method according to claim 1 wherein said directing step includes connecting the call via voice-over-IP means to a digital voice termination point.

5.    (Original)    The method according to claim 1 wherein said termination is via voice-over-IP.

6.    (Original)    The method according to claim 1 wherein said directing step comprises connecting the call via the publicly-switched telephone network.

7.    Canceled.

8.    (Previously Presented)    The method according to claim 1 wherein said call control system is external and isolated from said incoming gateway and from said outgoing gateway, said call control system being routing system is connected via a virtual private network.

9.    (Original)    The method according to claim 1 wherein said termination point is partially dependent upon a phone number to which said call is originally directed.

10.    (Original)    The method according to claim 1 wherein said termination point is partially dependent upon a phone number as originally called from.

11.    (Original)    The method according to claim 9 wherein said termination point is partially dependent upon a toll-free phone number to which said call is originally directed.

12.    (Previously Presented)    The method according to claim 1 wherein said incoming gateway is also incorporated into said outgoing gateway.

13.    (Original)    The method according to claim 1 wherein said outgoing gateway is operative to forward digital voice packets from the incoming gateway without conversion.

Appln. No. 10/796,423                                                           PATENT
Amdt. dated April 21, 2008
Amendment under 37 CFR 1.116 Expedited Procedure
Examining Group 2614

14.    (Original)    The method according to claim 1 further including recording digital packet data from the incoming gateway in a digital storage unit.

15.    (Original)    The method according to claim 1 further including the step of dynamically redirecting the call from the termination point to a further termination point.

16.    (Original)    The method according to claim 1 further including signaling from the call control system to a visual display at the terminal point to convey related call-specific information to the agent at the termination point.

17.    (Currently amended)    ~~In a~~ A call control system ~~operative~~ comprising:

an incoming gateway apparatus (301) operative to receive a call ~~of~~ from the call control system (10);

an apparatus (301) configured to separate the call into components of a signaling channel (16) and a bearer channel (18);

an apparatus (402) configured to determine via a call routing system (400) the termination point to which said call should be delivered from incoming call information of the signaling channel (16) and from information and availability of a qualified agent at a termination point (500 or 600) to establish a selected termination point (500 or 600);

an apparatus (302) to connect an outgoing gateway (308) to the incoming gateway (301) via a digital voice packet connection to carry content of said bearer channel (18);

an apparatus (403) for directing content of said bearer channel (18) of said call from the outgoing gateway (308) to said selected termination point (500 or 600);

an apparatus (405) for contemporaneously signaling from a the call control system to an agent screen visual display (502 or 602) at the termination point (500 or 600) to provide call-specific information regarding the call; and

an agent interface server (404) operative to provide call-specific information to the agent screen (502, 602) at the termination point (500 or 600).

18.    (Previously Presented)        The apparatus according to claim 17 wherein said agent interface server (404) is an instant messaging type server.

19.    (Previously Presented)        The apparatus according to claim 17 wherein said agent interface server (404) is web type server which can interact with a window on a client terminal at the termination point (500, 600).

20.    (Previously Presented)        The apparatus according to claim 17 wherein said agent interface server (404) is a proprietary messaging type server.

Appln. No. 10/796,423                                                    PATENT
Amdt. dated April 21, 2008
Amendment under 37 CFR 1.116 Expedited Procedure
Examining Group 2614

## REMARKS/ARGUMENTS

The rejection under 35USC 112 and allowability of all claims conditioned upon correction of minor matters in claims 1 and 17 has been noted. The corrections suggested by the Examiner have been adopted.

## CONCLUSION

In view of the foregoing, Applicant believes all claims now pending in this Application are in condition for allowance and an action to that end is respectfully requested.

If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at (650) 326-2400.

Respectfully submitted,

*Kenneth R. Allen*

Kenneth R. Allen
Reg. No. 27,301

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111-3834
Tel: (650) 326-2400
Fax: (650) 326-2422
KRA:kra:deh
61346121 v1

Page 6 of 6

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 3184069 |
| Application Number: | 10796423 |
| International Application Number: | |
| Confirmation Number: | 1877 |
| Title of Invention: | Virtual call center |
| First Named Inventor/Applicant Name: | Wendell D. Brown |
| Customer Number: | 20350 |
| Filer: | Kenneth R. Allen/Diane Hawley |
| Filer Authorized By: | Kenneth R. Allen |
| Attorney Docket Number: | 022195-000100US |
| Receipt Date: | 21-APR-2008 |
| Filing Date: | 08-MAR-2004 |
| Time Stamp: | 16:28:37 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | Amendment_AF_For_022195-000100US.pdf | 189531<br>ca35e4aa8882da12a3ed9dc7ia30fe21 00339c9 | yes | 6 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment After Final | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 189531 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/796,423 | BROWN, WENDELL D. |
| | Examiner | Art Unit | |
| | William J. Deane | 2614 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _04/21/2008_.

2. ☒ The allowed claim(s) is/are _1-6, and 8-20_.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/William J Deane/
Primary Examiner, Art Unit 2614

BEST COPY



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P O Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

20350    7590    05/22/2008

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

| EXAMINER |
| --- |
| DEANE JR, WILLIAM J |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2614 | |

DATE MAILED: 05/22/2008

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-000100US | 1877 |

TITLE OF INVENTION: VIRTUAL CALL CENTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $720 | $300 | $0 | $1020 | 08/22/2008 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

20350       7590       05/22/2008

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-000100US | 1877 |

TITLE OF INVENTION: VIRTUAL CALL CENTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $720 | $300 | $0 | $1020 | 08/22/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| DEANE JR, WILLIAM J | 2614 | 379-265020 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). <br><br> ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. <br><br> ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required. | 2. For printing on the patent front page, list <br> (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, <br> (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. <br><br> 1 _____ <br> 2 _____ <br> 3 _____ |
|---|---|

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

| 4a. The following fee(s) are submitted: <br> ☐ Issue Fee <br> ☐ Publication Fee (No small entity discount permitted) <br> ☐ Advance Order - # of Copies _____ | 4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above) <br> ☐ A check is enclosed. <br> ☐ Payment by credit card. Form PTO-2038 is attached. <br> ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |
|---|---|

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____          Date _____

Typed or printed name _____          Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-000100US | 1877 |

20350        7590        05/22/2008

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

| EXAMINER |
|---|
| DEANE JR, WILLIAM J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2614 | |

DATE MAILED: 05/22/2008

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 869 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 869 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

# BEST COPY

## PART B - FEE(S) TRANSMITTAL

`Complete and send this form, together with applicable fee(s) to: **Mail**    Mail Stop ISSUE ⹁EE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|
| 20350      7590      05/22/2008 <br><br> TOWNSEND AND TOWNSEND AND CREW, LLP <br> TWO EMBARCADERO CENTER <br> EIGHTH FLOOR <br> SAN FRANCISCO, CA 94111-3834 | **Certificate of Mailing or Transmission** <br> I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below. <br><br> _____ (Depositor's name) <br> _____ (Signature) <br> _____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/796,423 | 03/08/2004 | Wendell D. Brown | 022195-000100US | 1877 |

TITLE OF INVENTION: VIRTUAL CALL CENTER

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $720 | $300 | $0 | $1020 | 08/22/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| DEANE JR, WILLIAM J | 2614 | 379-265020 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). <br><br> ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. <br><br> ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.** | 2. For printing on the patent front page, list <br> (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, <br> (2) the name of a single firm (having as a member a registered patent attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1 Townsend and Townsend <br> 2 and Crew LLP <br> 3 Kenneth R. Allen |
|---|---|---|

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

| (A) NAME OF ASSIGNEE | (B) RESIDENCE: (CITY and STATE or COUNTRY) |
|---|---|
| Alto Ventures, Inc. | Las Vegas, NV |

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☒ Corporation or other private group entity    ☐ Government

| 4a. The following fee(s) are submitted: <br> ☒ Issue Fee <br> ☒ Publication Fee (No small entity discount permitted) <br> ☒ Advance Order - # of Copies ___5___ | 4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above) <br> ☐ A check is enclosed. <br> ☐ Payment by credit card. Form PTO-2038 is attached. <br> ☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 20-1430 (enclose an extra copy of this form). |
|---|---|

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.        ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature ___Kenneth R. Allen___        Date ___6 June 2008___

Typed or printed name ___Kenneth R. Allen___        Registration No. ___27,301___

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3420062 |
| **Application Number:** | 10796423 |
| **International Application Number:** | |
| **Confirmation Number:** | 1877 |
| **Title of Invention:** | VIRTUAL CALL CENTER |
| **First Named Inventor/Applicant Name:** | Wendell D. Brown |
| **Customer Number:** | 20350 |
| **Filer:** | Kenneth R. Allen/Diane Hawley |
| **Filer Authorized By:** | Kenneth R. Allen |
| **Attorney Docket Number:** | 022195-000100US |
| **Receipt Date:** | 06-JUN-2008 |
| **Filing Date:** | 08-MAR-2004 |
| **Time Stamp:** | 19:33:03 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 1035 |
| RAM confirmation Number | 3679 |
| Deposit Account | 201430 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges) | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | Part_B_Fees_Transmittal_F or_022195-000100US.pdf | 99798<br>3601a0c4bb3be6ebe8fafe4ddf8274f36 0a6c708 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8435<br>8b5779fcbcc02c2005ac08eeee27822bf 3042b3d | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 108233 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10796423 |
| **Filing Date:** | 08-Mar-2004 |
| **Title of Invention:** | VIRTUAL CALL CENTER |
| **First Named Inventor/Applicant Name:** | Wendell D. Brown |
| **Filer:** | Kenneth R. Allen/Diane Hawley |
| **Attorney Docket Number:** | 022195-000100US |

Filed as Small Entity

## Utility      Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| Utility Appl issue fee | 2501 | 1 | 720 | 720 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Printed copy of patent - no color | 8001 | 5 | 3 | 15 |
| **Total in USD ($)** | | | | **1035** |

**Supplemental Application Data Sheet**

**Application Information**

Application number::              10/796,423

Filing Date::                    03/08/04

Application Type::               Regular

Subject Matter::                 Utility

Suggested classification::

Suggested Group Art Unit::

CD-ROM or CD-R??::

Number of CD disks::

Number of copies of CDs::

Sequence Submission::

Computer Readable Form (CRF)?::

Number of copies of CRF::

Title::                          VIRTUAL CALL CENTER

Attorney Docket Number::         022195-000100US

Request for Early Publication::  No

Request for Non-Publication::    No

Suggested Drawing Figure::       1

Total Drawing Sheets::           2

Small Entity?::                  Yes

Latin name::

Variety denomination name::

Petition included?::             No

Petition Type::

Licensed US Govt. Agency::

Contract or Grant Numbers One::

Secrecy Order in Parent Appl.::  No

## Applicant Information

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | US |
| Status:: | Full Capacity |
| Given Name:: | Wendell |
| Middle Name:: | D. |
| Family Name:: | Brown |
| Name Suffix:: | |
| City of Residence:: | Las Vegas |
| State or Province of Residence:: | |
| Country of Residence:: | |
| Street of Mailing Address:: | 4132 S. Rainbow Blvd., #494 |
| City of Mailing Address:: | Las Vegas |
| State or Province of mailing address:: | <u>NV</u> |
| Country of mailing address:: | US |
| Postal or Zip Code of mailing address:: | 89103 |

## Correspondence Information

| | |
|---|---|
| Correspondence Customer Number:: | 20350 |

## Representative Information

| | |
|---|---|
| Representative Customer Number:: | 20350 |

**Assignee Information**

Assignee Name::                                    Alto Ventures, Inc.

Street of mailing address::                         4132 So. Rainbow Blvd., #494

City of mailing address::                           Las Vegas

State or Province of mailing address::    NV

Country of mailing address::                    US

Postal or Zip Code of mailing address::    89103

Submitted by:

Signature _____ /Kenneth R. Allen/_____          Date ____ June 26, 2008 ____

Printed Name _____ Kenneth R. Allen _____    Registration Number _____ 27,301 _____

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3523510 |
| **Application Number:** | 10796423 |
| **International Application Number:** | |
| **Confirmation Number:** | 1877 |
| **Title of Invention:** | VIRTUAL CALL CENTER |
| **First Named Inventor/Applicant Name:** | Wendell D. Brown |
| **Customer Number:** | 20350 |
| **Filer:** | Kenneth R. Allen/Diane Hawley |
| **Filer Authorized By:** | Kenneth R. Allen |
| **Attorney Docket Number:** | 022195-000100US |
| **Receipt Date:** | 26-JUN-2008 |
| **Filing Date:** | 08-MAR-2004 |
| **Time Stamp:** | 14:16:15 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | Supplemental_Application_Data_Sheet_For_022195-000100US.pdf | 62975 <br> 8f5d7aa5429752c065dc1e7826bf9541 7c92f5e0 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| This is not an USPTO supplied ADS fillable form | |
|---|---|
| Total Files Size (in bytes): | 62975 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

 United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/796,423 | 08/26/2008 | 7418092 | 022195-000100US | 1877 |

20350    7590    08/06/2008
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 807 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Wendell D. Brown, Las Vegas, NV;

IR103 (Rev. 11/05)

EAST Search History

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 0 | (incoming adj gateway and call adj control and signal adj channel and bearer adj channel and outgoing adj gateway and termination adj point).clm. | US-PGPUB; USPAT; EPO | OR | ON | 2008/05/19 15:55 |

5/ 19/ 2008 3:56:33 PM

**UNITED STATES PATENT & TRADEMARK OFFICE**
Washington, D.C. 20231

| REQUEST FOR PATENT FEE REFUND | | | |
|---|---|---|---|
| 1 Date of Request: _111 30/04_ | 2 Serial/Patent # _10· 796923_ | | |

| 3 Please refund the following fee(s): | | 4 PAPER NUMBER | 5 DATE FILED | 6 AMOUNT |
|---|---|---|---|---|
| | Filing | | | $ |
| | Amendment | | | $ |
| | Extension of Time | · | | $ |
| | Notice of Appeal/Appeal | | | $ |
| ✗ | Petition | IFW | 12/6/04 | $ 130 |
| | Issue | | | $ |
| | Cert of Correction/Terminal Disc. | | | $ |
| | Maintenance | | | $ |
| | Assignment | | | $ |
| | Other | | | $ |

| 7 TOTAL AMOUNT OF REFUND | $ 130 |
|---|---|

| 8 TO BE REFUNDED BY: | |
|---|---|
| | Treasury Check |
| ✗ | Credit Deposit A/C #: |
| 9 | 2 0 -- 1 4 3 0 |

| 10 REASON: | |
|---|---|
| | Overpayment |
| | Duplicate Payment |
| ✗ | No Fee Due (Explanation): |

_PTO ERROR_

**11 REFUND REQUESTED BY:**

TYPED/PRINTED NAME: _A BROWN_    TITLE: _AHY._

SIGNATURE: _[signature]_    PHONE: _2-3205_

OFFICE: _OP_

*****************************************************************

THIS SPACE RESERVED FOR FINANCE USE ONLY:

APPROVED: _[signature]_    DATE: _12/2/04_

*Instructions for completion of this form appear on the back. After completion, attach white and yellow copies to the official file and mail or hand-carry to:*

Office of Finance
Refund Branch
Crystal Park One, Room 802B

FORM PTO 1577
(01/90)

# PATENT APPLICATION FEE DETERMINATION RECORD
## Effective October 1, 2003

**Application or Docket Number**

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 20 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 20 minus 20= | * — |
| INDEPENDENT CLAIMS | 2 minus 3 = | * — |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | OR | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL | 385 | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| | | OR | | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| | | OR | | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875   (Rev. 10/03)                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>10/796,423 | Filing Date<br>03/08/2004 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☒ | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | OR | RATE ($) | OTHER THAN<br>SMALL ENTITY<br>ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT<br>12/18/2007 | Total (37 CFR 1.16(i)) | * 19 | Minus | ** 20 | = 0 | X $25 = | 0 | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | X $105 = | 0 | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | OR | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
rosalind v. smith

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>10/796,423 | Filing Date<br>03/08/2004 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☒ | OR | OTHER THAN<br>SMALL ENTITY |
|---|---|---|---|---|---|

| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (l), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | 04/21/2008 | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDITIONAL<br>FEE ($) | RATE ($) | ADDITIONAL<br>FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 19 | Minus | ** 20 | = 0 | X $25 = | 0 | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | X $105 = | 0 | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL<br>ADD'L<br>FEE | 0 | OR TOTAL<br>ADD'L<br>FEE | |

| | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|
| | | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDITIONAL<br>FEE ($) | RATE ($) | ADDITIONAL<br>FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL<br>ADD'L<br>FEE | | OR TOTAL<br>ADD'L<br>FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/ANTHONY WILLIAMS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# MPI Family Report (Family Bibliographic and Legal Status)

In the MPI Family report, all publication stages are collapsed into a single record, based on identical application data. The bibliographic information displayed in the collapsed record is taken from the latest publication.

**Report Created Date:**    2010-10-25

**Name of Report:**

**Number of Families:**    1

**Comments:**

## Table of Contents

1.    **US7418092B2**    20080826    ALTO VENTURES INC    US
         Virtual call center ................................................................................................................................    3



## Family1

**6 records in the family, collapsed to 3 records.**

**EP1730939A4   20100811**
**EP1730939A2 20061213**

**(ENG) VIRTUAL CALL CENTER**

**Assignee:**  ALTO VENTURES INC    US

**Inventor(s):**  BROWN WENDELL D     US

[ no drawing available]

**Application No:**  EP   05727192   A

**Filing Date:**  20050308

**Issue/Publication Date:**  20100811

**Abstract:**  (ENG) A system and methods are provided for enabling real-time call control. with minimal requirements for dedicated telecommunications PBX and dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

**Priority Data:** US 2005007755 20050308 W W N; US 79642304 20040308 A Y;

**IPC (International Class):**   H04M00300; H04M00700; H04M00500; H04M00351; H04M00712; H04M00342

**ECLA (European Class):**   H04M00351H; H04M00712H16

**Designated Countries:**

**Publication Language:**  ENG

**Filing Language:**  ENG

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20100811 | () | A4 | Effective date: 20100709; |
| 20100811 | () | RIC1 | IPC: H04M 3/00 20060101AFI20090616BHEP; |
| 20100811 | () | RIC1 | IPC: H04M 5/00 20060101ALI20100705BHEP; |
| 20100811 | () | RIC1 | IPC: H04M 7/00 20060101ALI20100705BHEP; |
| 20100811 | () | RIC1 | IPC: H04M 3/51 20060101ALI20100705BHEP; |
| 20100811 | () | RIC1 | IPC: H04M 7/12 20060101ALI20100705BHEP; |
| 20101013 | () | 17Q | Effective date: 20100913; |



## WO2005086856A3 20090611
## WO2005086856A2 20050922



**(ENG) VIRTUAL CALL CENTER**

**Assignee:** ALTO VENTURES INC

**Inventor(s):** BROWN WENDELL D    US

**Application No:** US  2005007755  W

**Filing Date:** 20050308

**Issue/Publication Date:** 20090611

**Abstract:** (ENG) A system and methods are provided for enabling real-time call control with minimal requirements for dedicated telecommunications PBX and dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

**Priority Data:** US 79642304 20040308 A Y;

**IPC (International Class):** H04M00300; H04M00700; H04M00500; H04M00342

**ECLA (European Class):** H04M00351H; H04M00712H16

**Designated Countries:**

----Designated States: (national) AE AG AL AM AT AU AZ BA BB BG BR BW BY BZ CA CH CN CO CR CU CZ DE DK DM DZ EC EE EG ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ LC LK LR LS LT LU LV MA MD MG MK MN MW MX MZ NA NI NO NZ OM PG PH PL PT RO RU SC SD SE SG SK SL SM SY TJ TM TN TR TT TZ UA UG US UZ VC VN YU ZA ZM ZW ::: (ARIPO) AP BW GH GM KE LS MW MZ NA SD SL SZ TZ UG ZM ZW
----Regional Treaties: (EAPO) EA AM AZ BY KG KZ MD RU TJ TM
----EPO Extension States: (EPO) EP AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HU IE IS IT LT LU MC NL PL PT RO SE SI SK TR
----Elected States (PCT): (OAPI) OA BF BJ CF CG CI CM GA GN GQ GW ML MR NE SN TD TG

**Publication Language:** ENG

**Filing Language:** ENG

**Agent(s):** TABIBI, Ardeshir et al. TOWNSEND AND TOWNSEND AND CREW LLP, Two Embarcadero Center, 8th Floor, San Francisco,California 94111-3834, US US

**Legal Status:** There is no Legal Status information available for this patent



## US7418092B2 20080826
## US2005195962A1 20050908

**(ENG) Virtual call center**



**Assignee:**  ALTO VENTURES INC    US

**Inventor(s):**  BROWN WENDELL D    US

**Application No:**  US  79642304  A

**Filing Date:**  20040308

**Issue/Publication Date:**  20080826

**Abstract:**  (ENG) A system and methods are provided for enabling real-time call control. with minimal requirements for dedicated telecommunications PBX and dedicated switching equipment. Dynamic call routing is handled by a network carrier's equipment and an interface is provided at the carrier switch to dynamically redirect calls from outside of the carrier's network. A call's signaling channel and bearer (voice) channel are separated, allowing the voice carriage to continue to be handled by the network carrier, but the routing of the call is controlled from outside of the carrier's network. A real-time signaling path and interface is provided into the carrier network such that the associated routing decisions and business logic can remain outside of the carrier network, while the carrier network continues to carry the voice channels.

**Priority Data:**  US 79642304 20040308 A Y;

**Related Application(s):**  10/796423  20040308  20050195962  20050908  US

**IPC (International Class):**  H04M00300; H04M00342; H04M00700; H04M00500

**ECLA (European Class):**  H04M00351H; H04M00712H16

**US Class:**  37926502; 37926501

**Publication Language:**  ENG

**Filing Language:**  ENG

**Agent(s):**  Townsend and Townsend and Crew LLP; Allen, Kenneth R.

**Examiner Primary:**  Deane, William J

**Assignments Reported to USPTO:**
   **Reel/Frame:** 18215/0954  **Date Signed:** 20060906  **Date Recorded:** 20060907
   **Assignee:** ALTO VENTURES, INC. 4132 SO. RAINBOW BLVD., #494 LAS VEGAS NEVADA 89103

   **Assignor:** BROWN, WENDELL D.

   **Corres. Addr:** TOWNSEND AND TOWNSEND AND CREW LLP TWO EMBARCADERO CENTER,
        8TH FLOOR SAN FRANCISCO, CA 94111
   **Brief:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20060907 | () | AS | New owner name: ALTO VENTURES, INC., NEVADA; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:BROWN, WENDELL D.;REEL/FRAME:018215/0954; Effective date: 20060906; |
| 20060907 | () | AS | New owner name: ALTO VENTURES, INC., NEVADA; : |

ASSIGNMENT OF ASSIGNORS
INTEREST;ASSIGNOR:BROWN, WENDELL
D.;REEL/FRAME:018215/0954; Effective date: 20060906;



USPTO Maintenance Report

| Patent Bibliographic Data | | | 10/25/2010 12:08 PM | |
|---|---|---|---|---|
| Patent Number: | 7418092 | Application Number: | 10796423 | |
| Issue Date: | 08/26/2008 | Filing Date: | 03/08/2004 | |
| Title: | VIRTUAL CALL CENTER | | | |
| Status: | 4th year fee window opens: 08/26/2011 | | Entity: | Small |
| Window Opens: | 08/26/2011 | Surcharge Date: | 02/28/2012 | Expiration: | N/A |
| Fee Amt Due: | Window not open | Surchg Amt Due: | Window not open | Total Amt Due: | Window not open |
| Fee Code: | 2551 | MAINTENANCE FEE DUE AT 3.5 YEARS | | |
| Surcharge Fee Code: | | | | |
| Most recent events (up to 7): | | No Maintenance History Found<br>--- End of Maintenance History --- | | |
| Address for fee purposes: | TOWNSEND AND TOWNSEND AND CREW, LLP<br>TWO EMBARCADERO CENTER<br>EIGHTH FLOOR<br>SAN FRANCISCO, CA<br>941113834 | | | |